**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| The Bon-Ton Stores, Inc. | : | Case No. 18-10248 (MFW) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

**1.**       **Estee Lauder Companies**, Attn: Ray Darowski, 7 Corporate Center Drive, Melville, NY 11747, Phone: 631-847-8333; Fax: 631-847-8448

**2.**       **Keurig Green Mountain, Inc.**, Attn: Jaime Heins, 33 Coffee Lane, Waterbury, VT 05676, Phone: 802-488-1772, Fax: 802-488-1812

**3.**       **Notations, Inc.,** Attn: Helen Schreiner, 539 Jacksonville Rd, Warminster, PA 18940, Phone: 215-259-2000, Ext 180

**4.**       **GGP Limited Partnership,** Attn: Julie Minnick Bowden, 320 N. Orleans St, Suite 300, Chicago, IL 60654-1607, Phone: 312-960-2707, Fax: 312-442-6374

**5.**       **Simon Property Group L.P.,** Attn: Ronald Tucker, 225 West Washington Street, Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

**6.**       **Washington Prime Group, Inc.,** Attn: Stephen Ifeduba, 180 West Broad Street, Columbus, OH 43215, Phone: 614-621-9000, Fax: 614-621-8863

**7.**       **Pension Benefit Guaranty Corporation,** Attn: Thomas Taylor, 1200 K. Street, NW, Washington, DC 20005-4026, Phone: 202-326-4000, Ext 3303, Fax: 202-326-4112

      ANDREW R. VARA
      Acting United States Trustee, Region 3

      /s/ *Mark Kenney and Brya Keilson* for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: February 15, 2018

Attorney assigned to this Case: Mark Kenney and Brya Keilson, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Sean Greecher, Esq., Phone: (302) 302-571-6600