EXHIBIT "A"
INVOICE

[SEE ATTACHED]



```
REMIT TO:
EASTERN LIFT TRUCK CO., INC.
PO BOX 307
MAPLE SHADE, NJ  08052
888-779-8880
```

| Customer 09330 | INVOICE | Invoice M24883 | Pg 1 |

1/30/18

```
           Sold To                              Ship To
BON TON STORES INC              KEVIN WAGNER
3585 SOUTH CHURCH STREET        BON TON STORES INC
WHITEHALL PA 18052              3585 SOUTH CHURCH STREET
                                WHITEHALL PA 18052

     610/261-7000                    610/261-7000
Ship Via OUR DELIVERY
```

| Br | Trk | Make | Model | Serial | Equipment | Meter | Sls | Customer P.O. |
|---|---|---|---|---|---|---|---|---|
| 010 | | | | | | | T25 | KWW0817A |

| Ordr | Ship | Description | | Each | Amount |
|---|---|---|---|---|---|
| | | Taken By   DEBRA NICHOLAS (SALES) | Shipped 1/26/18 | | |
| | | Terms      DUE UPON RECEIPT OF INVOICE | | | |
| 1 | 1 | YT FS030BFN   A497N03029R<br>FS030BFN36TE119<br>36V<br>270/119" MAST<br>84" TAPERED CLASS II FORKS<br>MAST LOWERING LIMIT WITH PUSH BUTTON OVERRIDE<br>MAST LIFT LIMIT WITH PUSH BUTTON OVERRIDE<br>27.5" X 48" DEEP OPER PLATFORM<br>RETRACTABLE TETHER W/FULL BODY HARNESS<br>30" TETHER BOOM EXT<br>AUDIBLE ALARM<br>MAST REMOVED FOR SHIPPING<br>FIRE EXT | NT17991 | 39,566.60 | 39,566.60 |
| 1 | 1 | ES 18-125-11   MRK010045<br>18-125-11 BATTERY | N18083B | .00 | .00 |
| 1 | 1 | ES N18083D    RJ545464<br>    E13-HL-4YE<br>E13-HL-4YE CHARGER | N18083D | .00 | .00 |
| 1 | 1 | ZZ N18084B    22571<br>    OP PLATFORM<br>ORDER PICKER PLATFORM | N18084B | .00 | .00 |
| | | PA SALES TAX | | | 2,374.00 |
| | | | | Total | 41,940.60 |

*** ANSI A92.2-A92.6 requires aerial equipment
inspections every 13 months. Please call us! ***

ALL DISCREPANCIES MUST BE REPORTED WITHIN 5 DAYS OF RECEIPT OF SHIPMENT. ACCOUNTS OVER 30 DAYS ARE SUBJECT TO 1-1/2% INTEREST CHARGE (ANNUAL RATE 18%)

LOCATIONS

| | | | |
|---|---|---|---|
| MAPLE SHADE, NJ (888)779-8880 | NEWARK, DE (302)286-6660 | YORK, PA (800)331-2391 | HAGERSTOWN, MD (240)420-8060 |
| WARMINSTER, PA (215)443-2486 | LAUREL, DE (302)875-8961 | OCEAN, NJ (800)273-9109 | QUEENSTOWN, MD (855)262-4936 |
| PISCATAWAY, NJ (888)225-2401 | BERWICK, PA (570)389-9501 | BALTIMORE, MD (410)247-8844 | FRANKLINVILLE, NJ (856)694-0735 |
| ALLENTOWN, PA (800)322-9035 | READING, PA (855)733-9700 | UPPER MARLBORO, MD (866)837-4373 | |