**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 Case No. 18-10248-MFW |
| THE BON-TON STORES, INC., et al., | (Jointly Administered) |
| Debtors. | **Re: ECF No. 372** |

**OBJECTION OF BRIDGE SOLUTIONS GROUP, INC.**
**TO DEBTORS' PROPOSED CURE AMOUNT**

Bridge Solutions Group, Inc. ("Bridge Solutions") objects to the proposed cure amount set forth in the Debtors' notice of potential assumption and assignment, filed March 19, 2018 ("Cure Notice"):

1.    Bridge Solutions and The Bon Ton Department Stores, Inc. are party to a Master Services Agreement, dated July 18, 2014 (Exhibit 1 hereto). The parties entered into a Statement of Work thereunder, effective November 1, 2016 (Exhibit 2 hereto). Bridge Solutions[1] filed a proof of claim in the amount of $115,887 (assigned Claim No. 3, Exhibit 3 hereto) for amounts owed under the foregoing, evidenced by prepetition invoices included therein.

2.    By the Cure Notice (specifically, ECF No. 372-2, p.5 of 36), the Debtors asserts the cure amount under the foregoing agreement (described as a Service Agreement) is $0.

3.    Bridge Solutions asserts that the actual amount owed, and which must be paid under Bankruptcy Code section 365(b)(1)(A) to assume and assign the agreement, is not less than that set forth in its proof of claim.

---

[1] The proof of claim identifies the creditor as Bridge Solutions Group, Corp., notwithstanding that the signatory has a "bridgesgi.com" ("i" as in Inc.) e-mail address. The creditor's correct name is Bridge Solutions Group, Inc., as indicated in the annexed contracts (and the Cure Notice). Bridge Solutions is happy to file an amended claim to the extent this cure objection cannot be consensually resolved.

WHEREFORE, Bridge Solutions requests an order determining the relevant cure amount

is not less than $115,887, and granting it such other and further relief as this Court deems just and

proper.

Dated: April 9, 2018                                    STORCH AMINI PC
       New York, New York

                                          /s/ Jeffrey Chubak
                                          Jeffrey Chubak
                                          140 East 45th Street, 25th Floor
                                          New York, New York 10017
                                          (212) 490-4100
                                          jchubak@storchamini.com

                                          *Attorneys for Bridge Solutions Group, Inc.*