# **EXHIBIT 2**

**Statement of Work**

# STATEMENT OF WORK

## For Application Support, Maintenance and Enhancement Services

### Effective Date: 11/01/2016

This Statement of Work (SOW) is hereby incorporated into the terms of the Master Services Agreement dated 07/18/2014 between Bridge Solutions Group, Inc. ("Bridge Solutions") and The Bon Ton Department Stores, Inc. ("Bon Ton"). Except where explicitly stated in this SOW, the terms of the Master Services Agreement shall govern. The effective date of this SOW is 11/01/2016.

## 1. EXECUTIVE SUMMARY

The objective of this Statement of Work (SOW) is for Bridge Solutions to provide Bon Ton essential support services and staff augmentation in the following areas:

- Application maintenance and support services for Bon Ton's implementation of the IBM Sterling Commerce Order Management and Centralized Inventory System (Sterling Commerce).

- Systems enhancement and systems development projects related to the supported systems, as defined by Bon Ton.

## 2. COMMUNICATION

Bon Ton will ensure that the Bridge Solutions team has timely access to Bon Ton business unit personnel as necessary to perform the services of this SOW. The Bon Ton Project Management Office (PMO) and the related Applications Systems group will provide project management oversight of project work stemming from system support activities or new development projects assigned to Bridge Solutions under this SOW. Bon Ton management will set business direction and issue resolution for the project team. Weekly status reports will be prepared by Bridge Solutions reflecting the activities of the reporting period.

Bridge Solutions will provide an internal Project Management function, assuring a reliable process flow from Bridge Solutions. The Bon Ton and Bridge Solutions Project Managers will work closely to avoid duplication of effort in project management functions.

Bridge Solutions Contacts:

Bridge Solutions Engagement Manager

Bon Ton Management Contacts:

   SVP, Chief Information Officer
   VP of Application Systems
   DVP, Application Systems

Bon Ton will designate their points of contact for the Bridge Solutions team members. The named contacts should be copied on all relevant correspondence.

### 3. SYSTEM SUPPORT, MAINTENANCE AND ENHANCEMENT SERVICES

#### 3.1 Goal

To provide day-to-day systems support, maintenance and enhancement activities to maintain service levels as directed by Bon Ton for the Sterling Commerce system.

#### 3.2 Project Description

Bridge Solutions will provide systems support, emergency fix/repair, maintenance and enhancement services through the use of Bridge Solutions associates to maintain service levels. Such services include emergency fix/repair and support services at all times including nights, weekends, and holidays as necessary to meet Bon Ton service levels.

#### 3.3 Project Tasks

Bridge Solutions roles include project management, analysis, design, coding, testing, implementation, trouble-shooting, systems documentation, and activities reporting.

#### 3.4 Project Deliverables

Deliverables may be defined in detail by either a support plan/service level agreement or project plan for the tasks described. However, in general terms, deliverables are as follows:

System Support: analyzing trouble tickets; providing emergency fix/repair services; restoring systems or program functionality sufficient to meet service levels; restoring systems services as quickly as possible following an outage or abnormal job termination.

<u>Maintenance</u>: modifying/updating applications for the purpose of increasing the useful life of the system (for example, by making the applications compatible with new operating systems or new system hardware, or by making the applications more efficient). All maintenance activities will be performed at the direction of Bon Ton.

<u>Enhancements</u>: modifying application systems or creating new application systems to provide new functionality for system users. All enhancements will be performed at the direction of the Bon Ton.

### 3.5  Key Success Factors

Timely completion of deliverables with a high degree of quality and accuracy.

Deliverables must meet the requirements and standards of the Bon Ton Systems Development Life Cycle (SDLC), including but not limited to standards relating to system documentation and release management.

### 3.6  Roles and Responsibilities

Bridge Solutions shall perform the described services either independently or jointly with the Bon Ton associates as directed by the Bon Ton project or support plan.

The Bridge Solutions Engagement Manager shall monitor the effectiveness of support activities and the support plan, and suggest improvements as necessary to meet service levels.

### 3.7  Support and Project Plans

Support plans/service level agreements and project plans are developed by Bridge Solutions and approved by Bon Ton. Plans may be updated over time to better align with Bon Ton business objectives and require the agreement of both parties which shall not be unreasonably withheld by either party.

### 3.8  Project Risk Analysis

Both parties must commit to adhering to service levels in response to the other party.

## 4. COST OF SERVICES

**4.1 Cost:** This SOW includes the services of Bridge Solutions resources as indicated below. Resources will be billed monthly on a time-and-materials basis at the rates indicated on the Resource Schedule.
Architect $160/hr
Senior Consultant $130/hr
Consultant $110/hr

Current identified roles and resources for this SOW are:
Vishy Rao - Architect
Karamveer Tanwar – Senior Consultant
Vijay Kumar – Senior Consultant

**4.2 Additional Resources:** From time to time, Bon Ton may request additional Bridge Solutions resources for project and maintenance/support activity under this SOW on a time-and-materials basis. The duration and scheduling of these engagements must be agreed upon in writing by both parties.

Additional resource:
Santosh Dubey – Consultant – with an expected end date 11-11-16

**4.3 Term:** The initial term of the SOW is one year from the effective date of the SOW. The SOW will automatically renew for successive one-year terms unless terminated by either party in accordance with the termination clause. During each renewal term (if any), rates will remain the same as the previous term, provided however that Bridge Solutions may increase the rates by greater of 5% or the published Consumer Price Index (CPI) from the previous calendar year, by providing Bon Ton with at least ninety (60) days written notice before the beginning of the term during which the rate change takes effect.

**4.4 Termination:** Bon Ton may terminate this SOW for convenience at any time during the initial term or any subsequent renewal term by providing Bridge Solutions with at least ninety (90) days written notice. Bridge Solutions may terminate this SOW at the end of the initial term or any subsequent renewal term by providing Bon Ton with at least ninety (90) days written notice, providing however that Bon Ton may at its option waive the 90-day period and terminate the SOW immediately. Bridge Solutions agrees to work in good faith with Bon Ton to transition the services to another service provider.

*IN WITNESS WHEREOF, the parties have executed this agreement.*

FOR THE BON-TON DEPARTMENT STORES, INC.

By: _E. [signature]_

Name: _E. Joseph Braun_

Title: _VP, Application Systems_

Date: _10/31/2016_

FOR BRIDGE SOLUTIONS GROUP, INC.

By: _[signature]_

Name: _Douglas Brochu_

Title: _CEO_

Date: _9/16/14_