**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2018, I caused a copy of the foregoing to be served by ECF on counsel of record herein, and by e-mail upon all parties listed on the Core/Rule 2002 list annexed hereto, at the addresses set forth therein.

                                              /s/ Jeffrey Chubak

In re: The Bon-Ton Stores, Inc., *et al.*
Core/2002 Service List
Case No. 18-10248

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Western Glove Works and Silver Jeans Co. | Bernstein, Shur, Sawyer & Nelson, P.A. | Attn: Robert J. Keach, Roma N. Desai | 100 Middle Street, West Tower | P.O. Box 9729 | Portland | ME | 04104-5029 | | 207- 774-1200 | 207-774-1127 | rkeach@bernsteinshur.com rdesai@bernsteinshur.com |
| Counsel to B.H. Multi Com Corporøtion (d/b/a EFFY) and B.H. Multi Color Corp. | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian Winters, Esquire, Joseph C. Corneau, Esquire | 200 West 41st Street | 17th Floor | New York | NY | 10036 | | 212-972-3000 | 212-972-2245 | iwinters@klestadt.com jcorneau@klestadt.com |
| Counsel to Western Glove Works and Silver Jeans Co. | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. | 1105 North Market Street | Seventh Floor | Wilmington | DE | 19801 | | 302- 425-3310 | 302-654-5181 | jhh@stevenslee.com |
| Counsel to NWC 331 Commercial, LLC | Ashby & Geddes, P.A. | Attn: Ricardo Palacio, Esq. | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899-1150 | | 302-654-1888 | 302-654-2067 | rpalacio@ashbygeddes.com |
| Counsel to Comenity Bank | Bailey Cavalieri LLC | Attn: Matthew T. Schaeffer | 10 West Broad Street | Suite 2100 | Columbus | OH | 43215 | | 614- 229-3252 | | Matthew.Schaeffer@baileycavalieri.com |
| Counsel to Comenity Bank | Bailey Cavalieri LLC | Attn: Robert B. Berner | 1250 Kettering Tower | | Dayton | OH | 45423 | | 937-223-4701 | | Robert.Berner@baileycavalieri.com |
| Counsel to ARC NPHUBOH001, LLC, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, Federal Realty Investment Trust, LC Property, LLC, Southgate Mall Associates, LLP, Starwood Retail Partners, LLC and YTC Mall Owner, LLC, Urban Outfitters Wholesale, Inc. | Ballard Spahr LLP | Attn: David L. Pollack, Esquire | 51st Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | pollack@ballardspahr.com |
| Counsel to ARC NPHUBOH001, LLC, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, Federal Realty Investment Trust, LC Property, LLC, Southgate Mall Associates, LLP, Starwood Retail Partners, LLC and YTC Mall Owner, LLC | Ballard Spahr LLP | Attn: Dustin P. Branch, Esquire | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4354 | | BranchD@ballardspahr.com |
| Counsel to ARC NPHUBOH001, LLC, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, Federal Realty Investment Trust, LC Property, LLC, Southgate Mall Associates, LLP, Starwood Retail Partners, LLC and YTC Mall Owner, LLC, Urban Outfitters Wholesale, Inc. | Ballard Spahr LLP | Attn: Matthew Summers, Esquire, Leslie Heilman, Esquire, Laurel D. Roglen, Esquire, Chantelle D. McClamb, Esquire | 919 Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | summersm@ballardspahr.com heilmanl@ballardspahr.com roglenl@ballardspahr.com |
| Counsel to SAP Industries, Inc. and Ariba, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman | 6 North Broad Street, Suite 100 | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com |
| Counsel to the DIP Tranche A-1 Documentation Agent | Choate, Hall & Stewart LLP | Attn: John F. Ventola, Jonathan D. Marshall | Two International Place | | Boston | MA | 02110 | | 617-248-5000 | 617-248-4000 | jventola@choate.com jmarshall@choate.com |
| Counsel to the Second Lien Noteholders | Cole Schotz P.C. | Attn: Norm Pernick, J. Kate Stickles | 500 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | | 302-652-3131 | 302-652-3117 | npernick@coleschotz.com kstickles@coleschotz.com |
| Counsel to IRC Deer Trace, LLC | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Esq., Kelly M. Conlan, Esq. | 1000 West Street | Suite 1400 | Wilmington | DE | 19801 | | 302-757-7300 | 302-757-7299 | kbifferato@connollygallagher.com kconlan@connollygallagher.com |
| Counsel to the Grumbracher Trust | Cozen O'Connor | Attn: Mark E. Felger, Esq. | 1201 N. Market St. | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2087 | 877-286-4528 | mfelger@cozen.com |
| Counsel to Rockstep Aberdeen, LLC, Rockstep Scottsbluff, LLC, Rockstep Virginia, LLC, and Rockstep Willmar LLC | Crain, Caton & James | Attn: Jeffrey I. Horowitz, Esq. | 1401 McKinney, Suite 1700 | | Houston | TX | 77010 | | 713-752-8622 | | bontonbankruptcy@craincaton.com |
| Counsel to Saks Incorporated | Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | 1105 N. Market Street | Suite 901 | Wilmington | DE | 19801 | | 302-777-4200 | 302-777-4224 | csimon@crosslaw.com kmann@crosslaw.com |
| Counsel to Red Dog Brands, LLC | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | 605 Third Avenue | | New York | NY | 10158 | | 646-428-3212 | | dhw@dhclegal.com |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg | 820 N French St 6th Fl | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton | 820 N French St | | Wilmington | DE | 19801 | | 302-577-8461 | 302-577-8632 | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| Counsel to PPF RTL Rosedale Shopping Center, LLC. | Dorsey & Whitney (Delaware) LLP | Attn: Robert W. Mallard, Alessandra Glorioso | 300 Delaware Avenue | Suite 1010 | Wilmington | DE | 19801 | | 302-425-7171 | 302- 425-7177 | mallard.robert@dorsey.com glorioso.alessandra@dorsey.com |
| Counsel to PPF RTL Rosedale Shopping Center, LLC. | Dorsey & Whitney LLP | Attn: Monica L. Clark, Natasha Wells | 50 South Sixth Street | Suite 1500 | Minneapolis | MN | 55402 | | 612-340-2600 | 612-340-2868 | clark.monica@dorsey.com wells.natasha@dorsey.com |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department | 1650 Arch Street | | Philadelphia | PA | 19103-2029 | | 215-814-5000 | 215-814-5103 | |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold, Esq., A.J. Webb, Esq. | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | 513-651-6800 | 513-651-6981 | awebb@fbtlaw.com rgold@fbtlaw.com |
| Counsel to GGP Limited Partnership | GGP Limited Partnership, as Agent | Attn: Julie Minnick Bowden | 320 N. Orleans St | Suite 300 | Chicago | IL | 60654-1607 | | 312-960-2707 | 312-442-6374 | ggpbk@ggp.com |

In re: The Bon-Ton Stores, Inc., *et al.*
Core/2002 Service List
Case No. 18-10248

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorneys for Wilton Brands LLC | Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk | 1201 North Orange Street | Suite 7380 | Wilmington | DE | 19801 | | 302-444-6710 | 302-444-6709 | marias@restructuringshop.com |
| Attorneys for Wilton Brands LLC | Goldstein & McClintock LLLP | Attn: Thomas R. Fawkes, Esq., Brian J. Jackiw, Esq. | 111 West Washington Street | Suite 1221 | Chicago | IL | 60602 | | 312-337-7700 | 312-216-0734, 312-277-3315 | tomf@goldmclaw.com brianj@goldmclaw.com |
| Counsel to Stag Fairborn, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner, Esq. | 400 Atlantic Avenue | | Boston | MA | 02110-3333 | | 617-482-1776 | | drosner@goulstonstorrs.com |
| Counsel to North Riverside Park Associates LLC | Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Robinson Brog Leinwand | 875 Third Avenue, 9th Floor | | New York | NY | 10022 | | 212-603-6300 | 212-956 2164 | fbr@robinsonbrog.com |
| Counsel to NWC 331 Commercial, LLC | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | Attn: Steven W. Soulé, Esq. | 320 South Boston Avenue | Suite 200 | Tulsa | OK | 74103-3706 | | 918-594-0400 | 918-594-0505 | ssoule@hallestill.com |
| Counsel to VORH Associates, LLC | Honigman Miller Schwartz and Cohn LLP | Attn: Scott B. Kitei | 660 Woodward Avenue | 2290 First National Building | Detroit | MI | 48226 | | 313-465-7524 | 313-465-7525 | skitei@honigman.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Counsel to Creditor International Painters and Allied Trades Industry Pension Fund | IUPAT Industry Pension Fund | c/o Dawn M. Costa, Esquire | Jennings Sigmond, P.C. | 1835 Market Street, Suite 2800 | Philadelphia | PA | 19103 | | 215-351-0616 | 215-922-3524 | dcosta@jslex.com, bankruptcy@jslex.com |
| Counsel to the Second Lien Noteholders | Jones Day | Attn: Bruce Bennett, Joshua M. Mester | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071 | | 213-489-3939 | 213-243-2539 | bbennett@jonesday.com jmester@jonesday.com |
| Counsel to the Second Lien Noteholders | Jones Day | Attn: Sidney Levinson, Genna L. Ghaul, Charles S. Wittmann-Todd | 250 Vesey Street | | New York | NY | 10281-1047 | | 212-326-3939 | 212-755-7306 | slevinson@jonesday.com gghaul@jonesday.com cwittmanntodd@jonesday.com |
| Counsel to the Benderson Development Company, Inc., GGP Limited Partnership, Rouse Properties LLC and Shopcore Properties (collectively referred to herein as "Landlords"). | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Esq. | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com |
| Counsel to Jartwon Associates L.P., Empire Columbia, L.P., PREIT Services, LLC, as agent for PR Valley Limited Partnership, PR Valley View Anchor-M Limited Partnership and PR Wyoming Valley Limited Partnership, and PREIT-RUBIN, Inc., as agent for Susquehanna Valley Mall Associates | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman, Esquire | 401 S. 2nd Street | Suite 200 | Philadelphia | PA | 19147 | | 215-839-1222 | | kurtzman@kurtzmansteady.com |
| Counsel to B.H. Multi Com Corporøtion (d/b/a EFFY) and B.H. Multi Color Corp. | Landis Rath & Cobb LLP | Attn: Matthew B. McGuire, Esq., Jennifer L. Cree, Esq. | 919 Market Street | Suite 1800 | Wilmington | DE | 19801 | | 302-467-4400 | 302-467-4450 | mcguire@lrclaw.com cree@lrclaw.com |
| Counsel to the Benderson Development Company, Inc., GGP Limited Partnership, Rouse Properties LLC and Shopcore Properties (collectively referred to herein as "Landlords). | Law Office of Susan E. Kaufman,LLC | Attn: Susan E. Kaufman | 919 N. Market Street | Suite 460 | Wilmington | DE | 19801 | | 302-472-7420 | 302-792-7420 | skaufman@skaufmanlaw.com |
| Counsel to Spark Foundry f/k/a Spark Communications, a Division of Starcom MediaVest Group, Inc. | Locke Lord LLP | Attn: Jonathan W. Young | 111 Huntington Avenue | 9th Floor | Boston | MA | 02199-7613 | | 617-239-0367 | 617-227-4420 | jonathan.young@lockelord.com |
| Counsel to Spark Foundry f/k/a Spark Communications, a Division of Starcom MediaVest Group, Inc. | Locke Lord LLP | Attn: Stephen J. Humeniuk | 600 Congress Avenue | Suite 2200 | Austin | TX | 78701 | | 512-305-4800 | 512-305-4800 | stephen.humeniuk@lockelord.com |
| Counsel to The Estée Lauder Companies, Inc. | Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Keara Waldron, Esq. | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | jcohen@lowenstein.com kwaldron@lowenstein.com |
| Counsel to Under Armour, Inc. | Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Keara Waldron, Esq. | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | jcohen@lowenstein.com kwaldron@lowenstein.com |
| Counsel to The Estée Lauder Companies, Inc. | Lowenstein Sandler LLP | Attn: Nicole Fulfree, Esq. | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | nfulfree@lowenstein.com |
| Counsel to Under Armour, Inc. | Lowenstein Sandler LLP | Attn: Nicole Fulfree, Esq. | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | nfulfree@lowenstein.com |
| Counsel to Aviation Mall NewCo, LLC and Salmon Run Shopping Center, L.L.C. | Menter, Rudin & Trivelpiece, P.C. | Attn: Kevin M. Newman, Esq. | 308 Maltbie Street | Suite 200 | Syracuse | NY | 13204-1439 | | 315-474-7541 | 315-474-4040 | knewman@menterlaw.com |
| Counsel to J. America, LLC | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Marc N. Swanson, Esq. | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-7591 | 313-496-8452 | swansonm@millercanfield.com |
| Counsel to Southern Motion, Inc. | Mitchell, McNutt & Sams, P.A. | Attn: D. Andrew Phillips, Esquire | PO Box 947 | | Oxford | MS | 38655-0947 | | 662-234-4845 | | aphillips@mitchellmcnutt.com |
| Counsel to Serta Simmons Bedding, LLC | Montgomery, McCracken, Walker, & Rhoads, LLP | Attn: Mark A. Fink | 1105 North Market Street | 15th Floor | Wilmington | DE | 19801 | | 302-504-7811 | 302-504-7820 | mfink@mmwr.com |
| Counsel to The Cafaro Management Company | Monzack Mersky McLaughlin and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Counsel to the DIP Administrative Agent and the Prepetition ABL Administrative Agent, Bank of America, N.A. | Morgan Lewis Bockius LLP | Attn: Julia Frost-Davies, Robert A.J. Barry, Amelia C. Joiner | One Federal St. | | Boston | MA | 02110-1726 | | 617-341-7700 | 617-341-7701 | julia.frost-davies@morganlewis.com robert.barry@morganlewis.com amelia.joiner@morganlewis.com |

In re: The Bon-Ton Stores, Inc., *et al.*
Core/2002 Service List
Case No. 18-10248

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to BT (Multi) LLC, BT-York (PA), and BT (PA) QRS 12-25, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller | 1201 N. Market St., 16th Flr. | P.O. Box 1347 | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | cmiller@mnat.com |
| Counsel to CW Birch Run, LLC | Moye White LLP | Attn: Timothy M. Swanson, Kelsey Bowers | 1400 16th Street | Sixth Floor | Denver | CO | 80202 | | 303-292-2900 | 303-292-4510 | tim.swanson@moyewhite.com<br>Kelsey.bowers@moyewhite.com |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Mark S. Kenney, Esq. | 844 King St Ste 2207 | Suite 2207 | Wilmington | DE | 19801 | | 302-573-6565 | 302-573-6497 | |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler | 919 N. Market Street | 17th Floor | Wilmington | DE | 19801 | | 302-652-4100 | 302-652-4400 | bsandler@pszjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz | 10100 Santa Monica Boulevard | 13th Floor | Los Angeles | CA | 90067-4100 | | 310-277-6910 | 310-201-0760 | jpomerantz@pszjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Bradford J. Sandler | 780 Third Avenue | 36th Floor | New York | NY | 10017-2024 | | 212-561-7700 | | rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com |
| Co-Counsel to Debtor | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Kelley A. Cornish, Elizabeth R. McColm, Claudia R. Tobler, Alexander Woolverton | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-373-3000 | 212-757-3990 | kcornish@paulweiss.com<br>emccolm@paulweiss.com<br>ctobler@paulweiss.com<br>awoolverton@paulweiss.com<br>mcolarossi@paulweiss.com |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Thomas Taylor | 1200 K. Street | NW | Washington, DC | | 20005-4026 | | 202-326-4000, Ext 3303 | 202-326-4112 | pfeuffer.marc@pbgc.gov<br>efile@pbgc.gov |
| Counsel to Spark Foundry f/k/a Spark Communications, a Division of Starcom MediaVest Group, Inc. | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | | 302-252-0920 | 302-252-0921 | cward@polsinelli.com<br>jedelson@polsinelli.com |
| Claims Agent | Prime Clerk | Attn: Josh Karotkin | 830 3rd Avenue | | New York | NY | 10022 | | | 646-328-2851 | bontonteam@PrimeClerk.com<br>serviceqa@primeclerk.com |
| Counsel to the DIP Administrative Agent and the Prepetition ABL Administrative Agent, Bank of America, N.A. | Richard Layton & Finger LLP | Attn: Mark D. Collins, Joseph C. Barsalona II | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | collins@rlf.com<br>barsalona@rlf.com |
| Counsel to Serta Simmons Bedding, LLC | Rogers Law Offices | Attn: Beth E. Rogers | 100 Peachtree Street | Suite 1950 | Atlanta | GA | 30303 | | 770-685-6320 | 678-990-9959 | brogers@berlawoffice.com |
| Counsel to Alliance Shipper's Inc. | Ronald Horowitz, Esq. | | P.O. Box 353707 | | Palm Coast | FL | 32137 | | 386-283-4886 | 386-597-1229 | r.horowitzesquire@gmail.com<br>rhorowitz@alliance.com |
| Counsel to EIP York I LLC and EIP York II LLC | Saul Ewing Arnstein & Lehr LLP | Attn: Steven C. Reingold | 131 Dartmouth Street | | Boston | MA | 02116 | | 617-723-3300 | 617-729-4151 | steven.reingold@saul.com |
| Counsel to Commerce Technologies, LLC | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy, Esq., Daniel M. Pereira, Esq. | 824 N. Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-888-4554 | 302-888-1696 | rbarkasy@schnader.com<br>dpereira@schnader.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd Ste 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Counsel to Bravado International Group Merchandising Services Inc. | Shaw Fishman Glantz & Towbin LLC | Attn: Johnna M. Darby | 300 Delaware Ave., Suite 1370 | | Wilmington | DE | 19801 | | 302-691-3774 | | jdarby@shawfishman.com |
| Counsel to Bravado International Group Merchandising Services Inc. | Shaw Fishman Glantz & Towbin LLC | Attn: Terence G. Banich | 321 N. Clark Street, Suite 800 | | Chicago | IL | 60654 | | 312-541-0151 | | tbanich@shawfishman.com |
| Counsel for Hanesbrands Inc. and its related affiliates | Shaw Fishman Glantz & Towbin LLC | Attn: Thomas M. Horan | 300 Delaware Ave., Suite 1370 | | Wilmington | DE | 19801 | | 302-480-9412 | | thoran@shawfishman.com |
| Counsel to United HealthCare Services, Inc. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald Tucker | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com |
| Counsel to Nicholas Park Mall LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | 123 South Broad Street, Suite 2100 | | Philadelphia | PA | 19109 | | 215-864-9700 | | dplon@sirlinlaw.com |
| Counsel to Alliant Energy Corporation, Wisconsin Power and Light Company, and Interstate Power and Light Company | Smith, Katzenstein & Jenkins LLP | Attn: Kathleen M. Miller | 1000 West Street, Suite 1501 | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 302-652-8405 | kmiller@skjlaw.com |
| Counsel to City View Capital, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Esquire, Thomas S. Onder, Esquire | P.O. Box 5315 | | Princeton | NJ | 08543 | | 609-791-7022;<br>609-219-7458 | 609-896-0629 | jlemkin@stark-stark.com<br>tonder@stark-stark.com |
| Counsel to Saks Incorporated | Steptoe & Johnson LLP | Attn: Filiberto Agusti, Esq., Joshua R. Taylor, Esq. | 1330 Connecticut Avenue, N.W. | | Washington | DC | 20036 | | 202-429-3000 | 202-429-3902 | fagusti@steptoe.com<br>jrtaylor@steptoe.com |

In re: The Bon-Ton Stores, Inc., *et al.*
Core/2002 Service List
Case No. 18-10248

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Saks Incorporated | Steptoe & Johnson LLP | Attn: Michael Dockterman, Esq., John Frey, Esq., Daniel Raymond, Esq. | 115 South LaSalle Street | Suite 3100 | Chicago | IL | 60603 | | 312-577-1300 | 312-577 1370 | mdockterman@steptoe.com jfrey@steptoe.com draymond@steptoe.com |
| Counsel to S&B Detrick Limited Partnership | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine, Esq. | 901 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | |
| Debtors | The Bon-Ton Stores, Inc. | Attn: President or General Counsel | 2801 East Market Street | Bldg. E | York | PA | 17402 | | | | Amy.Ruhig@bonton.com Nathaniel.Adams@bonton.com CBasler@alixpartners.com jcreighton@alixpartners.com jstrohl@alixpartners.com |
| Counsel to Kennedy Mall, Ltd dba Kenney Mall; Kentucky Oaks Mall Company dba Kentucky Oaks Mall; Meadowbrook Mall Company dba Meadowbroook Mall; Cafaro-Peachcreek Joint Venture Partnership dba Millcreek; Sandusky Mall Company dba Sandusky Mall; Frenchtown Square Partnership dba the Mall of Monroe | The Cafaro Company | Attn: Richard T. Davis | 5577 Youngstown-Warren Rd. | | Niles | OH | 44446 | | 330-747-2661 | 330-743-2902 | rdavis@cafarocompany.com |
| Counsel to Red Dog Brands, LLC | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Scott J. Leonhardt | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | | 302-777-1111 | | Leonhardt@teamrosner.com |
| Counsel to Comenity Bank | The Rosner Law Group Llc | Attn: Frederick B. Rosner, Scott Leonhardt | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | | 302-319-6301 | | leonhardt@teamrosner.com |
| Counsel to the Indenture Trustee under the Second Lien Indenture | Thompson Hine LLP | Attn: Yesenia D. Batista | 335 Madison Avenue | 12th Floor | New York | NY | 10017-4611 | | 212-344-5680 | 212-344-6101 | Yesenia.Batista@ThompsonHine.com |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Counsel for Hanesbrands Inc. and its related affiliates | Waldrep LLP | Attn: Jennifer B. Lyday | 101 S. Stratford Rd., Suite 210 | | Winston-Salem | NC | 27104 | | 336-717-1283 | | jlyday@waldrepllp.com |
| Counsel to Rowe Fine Furniture, Inc. | Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis, L. Katherine Good | The Renaissance Center | 405 North King Street, Suite 500 | Wilmington | DE | 19801 | | 302-353-4144 | 302-661-7950 | csamis@wtplaw.com kgood@wtplaw.com |
| Counsel to Rowe Fine Furniture, Inc. | Whiteford, Taylor & Preston LLC | Attn: Michael E. Hastings, Brandy M. Rapp | 10 S. Jefferson Street | Suite 1110 | Roanoke | VA | 24011 | | 540-759-3579 | 540-759-3569 | mhastings@wtplaw.com brapp@wtplaw.com |
| Counsel to BT (Multi) LLC, BT-York (PA), and BT (PA) QRS 12-25, Inc. | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | alipkin@willkie.com gbrunswick@willkie.com |
| Counsel to Crystal Financial LLC, as Tranche A-1 Documentation Agent | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Esq. | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | 302-252-4320 | 302-252-4330 | matthew.ward@wbd-us.com |
| Co-Counsel to Debtor | Young Conaway Stargatt & Taylor LLP | Attn: Pauline K. Morgan, Sean T. Greecher, Andrew L. Magaziner, Elizabeth S. Justison | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | pmorgan@ycst.com sgreecher@ycst.com amagaziner@ycst.com ejustison@ycst.com Dlaskin@ycst.com msmith@ycst.com |