IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE BON-TON STORES, INC., *et al.*,[1] | Case No. 18-10248 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 293 |

**NOTICE OF FIRST QUARTERLY STATEMENT OF PAYMENTS
MADE TO ORDINARY COURSE PROFESSIONALS DURING THE
PERIOD FROM FEBRUARY 4, 2018 THROUGH APRIL 30, 2018**

**PLEASE TAKE NOTICE** that, on March 6, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order, Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code, Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business* [D.I. 293] (the "OCP Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the OCP Procedures set forth in the OCP Order, the Debtors hereby file the statement (the "Statement") attached hereto as Exhibit A, for the period from February 4, 2018 through April 30, 2018 (the "Period"), setting forth, for each OCP paid during the Period, (i) the name of the OCP, (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that OCP during the Period, and (iii) a general description of the services rendered by that OCP.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Bon-Ton Stores, Inc. (5229); The Bon-Ton Department Stores, Inc. (9309); The Bon-Ton Giftco, LLC (2805); Carson Pirie Scott II, Inc. (2140); Bon-Ton Distribution, LLC (5855); McRIL, LLC (5548); Bonstores Holdings One, LLC (8574); Bonstores Realty One, LLC (8931); Bonstores Holdings Two, LLC (8775); and Bonstores Realty Two, LLC (9075).  The headquarters for the above-captioned Debtors is 2801 East Market Street, Bldg. E, York, Pennsylvania 17402.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the OCP Order.

| | |
|---|---|
| Dated: May 31, 2018<br>Wilmington, Delaware | */s/ Jordan E. Sazant*<br>Pauline K. Morgan (No. 3650)<br>Sean T. Greecher (No. 4484)<br>Andrew L. Magaziner (No. 5426)<br>Elizabeth S. Justison (No. 5911)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>Kelley A. Cornish<br>Elizabeth R. McColm<br>Alexander Woolverton<br>Michael J. Colarossi<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

# EXHIBIT A

## Statement

| The Bon-Ton Stores, Inc. – Summary of Compensation Paid to Ordinary Course Professionals | | |
|---|---|---|
| Ordinary Course Professional | Aggregate Amount of Compensation Paid During Period | Services Rendered |
| J. Gregory Yawman | $11,283 | Legal services |
| Eugene L. Griffin & Associates, Ltd. | $31,096 | Consulting, real estate tax appeals |
| Barley Snyder, LLP | $127,310 | Legal services, HR |
| Swatek Bucko Law Group, LLC | $315 | Legal services |
| Plunkett Cooney | $17,200 | Legal services, Bay City Mall |
| Duane Morris LLP | $1,646 | Legal services, corporate matters & securities |
| Vorys, Sater, Seymour and Pease LLP | $19,024 | Legal services, interchange litigation |
| Willis Towers Watson | $37,000 | Actuary, retirement plans |
| Michael Best & Friedrich LLP | $191 | Legal services, trademark and copyright infringements |
| Alston & Bird LLP | $943 | Legal services, Q4 opinion confirmation gift card program |