IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE BON-TON STORES, INC., *et al.*,[1] | Case No. 18-10248 (MFW) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 885** |

**ORDER GRANTING
FIRST QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PACHULSKI
STANG ZIEHL & JONES LLP, AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
THE PERIOD FROM FEBRUARY 15, 2018 THROUGH APRIL 30, 2018**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel to the Official

Committee of Unsecured Creditors (the "Committee") in the above-captioned case, filed its First

Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from

February 15, 2018 through April 30, 2018 (the "First Quarterly Application").  The Court has

reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and

any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all

persons with standing have been afforded the opportunity to be heard on the First Quarterly

Application.  Accordingly, it is hereby

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Bon-Ton Stores, Inc. (5229); The Bon-Ton Department Stores, Inc. (9309); The Bon-Ton Giftco, LLC (2805); Carson Pirie Scott II, Inc. (2140); Bon-Ton Distribution, LLC (5855); McRIL, LLC (5548); Bonstores Holdings One, LLC (8574); Bonstores Realty One, LLC (8931); Bonstores Holdings Two, LLC (8775); and Bonstores Realty Two, LLC (9075). The headquarters for the above-captioned Debtors is 2801 East Market Street, Bldg. E, York, Pennsylvania 17402.

DOCS_DE:220041.1 10183/002

ORDERED that the First Quarterly Application is GRANTED, on an interim basis.  The Debtors in the above cases shall pay to PSZ&J the sum of $636,947.75 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $20,902.87 for a total of $657,850.62 for services rendered and disbursements incurred by PSZ&J for the period February 15, 2018 through April 30, 2018, less any amounts previously paid in connection with the monthly fee applications.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 18th, 2018**
**Wilmington, Delaware**
DOCS_DE:220041.1 10183/002

2

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**