# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BON-TON STORES, INC., | ) | Case No.: 18-10248 (MFW) |
| *et al.* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Christopher J. Giaimo, Esquire, of Clark Hill PLC, to represent Edens Plaza LLC and Edens Annex LLC in this case.

Dated: October 23, 2018                              CLARK HILL PLC

*/s/ Karen M. Grivner*
Karen M. Grivner (DE Bar No. 4372)
824 N. Market St., Suite 710
Wilmington, DE 19801
Telephone: 302-250-4749;
Facsimile: 302-421-9439
Email: kgrivner@clarkhill.com

Attorneys for Edens Plaza LLC and Edens Annex LLC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars for the States of District of Columbia, Maryland and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and the Revised Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court prior to filing this Motion.

Dated: October 23, 2018

Christopher J. Giaimo
Clark Hill PLC
1001 Pennsylvania Ave. NW, Suite 1300 South
Washington, DC 20004
Telephone: 202-640-6670
Facsimile: 202-722-0919
Email: cgiaimo@clarkhill.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: October 23rd, 2018**
**Wilmington, Delaware**

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE