IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE BON-TON STORES, INC., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 18-10248 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. 1093 |

**ORDER GRANTING THIRD MONTHLY AND FINAL APPLICATION OF JOSEPH A. MALFITANO, PLLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL TRANSACTIONSAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM FEBRUARY 4, 2018 THROUGH AUGUST 31, 2018**

Upon consideration of the Third Monthly and Final Fee Application (the "Application")[2] of Joseph A. Malfitano, PLLC ("Malfitano"), special transactional counsel for the debtors and debtors in possession in the above-captioned cases (collectively, "Debtors"), for the period from February 4, 2018 through and including August 31, 2018 (the "Fee Period"); and the Court having reviewed the Application and the Monthly Statements that were served by Malfitano during the Fee Period, and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

    1.    The Application is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Bon-Ton Stores, Inc. (5229); The Bon-Ton Department Stores, Inc. (9309); The Bon-Ton Giftco, LLC (2805); Carson Pirie Scott II, Inc. (2140); Bon-Ton Distribution, LLC (5855); McRIL, LLC (5548); Bonstores Holdings One, LLC (8574); Bonstores Realty One, LLC (8931); Bonstores Holdings Two, LLC (8775); and Bonstores Realty Two, LLC (9075). The headquarters for the above-captioned Debtors is 2801 East Market Street, Bldg. E, York, Pennsylvania 17402.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

2. Malfitano is allowed final compensation in the amount of $108,750.00 and reimbursement of expenses in the amount of $884.06 for the Fee Period as requested in the Application.

3. The Debtors are authorized and directed to disburse to Malfitano payment in the amount of the difference between the allowed amounts and the actual monthly payments previously received by Malfitano for fees and expenses incurred during the Fee Period.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order; provided, that such payment shall be made in accordance with this Court's *Order, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, Approving Sale of Certain of the Debtors' Assets and Granting Related Relief* [D.I. 632].

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

**Dated: October 23rd, 2018**
**Wilmington, Delaware**

01:23020784.1

2

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**