# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE BON-TON STORES, INC., *et al.*,[1] | Case No. 18-10248 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 25, 2018 AT 3:00 P.M. (ET)

**RESOLVED/ADJOURNED MATTERS**

1. Motion of Ronada Vargas for Relief From Stay Under Section 362 of the Bankruptcy Code [D.I. 404, 3/27/18]

    Response/Objection Deadline:         April 13, 2018 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:                          None.

    Status:    By agreement of the parties, this matter is adjourned until November 20, 2018 at 10:30 a.m. (ET).

2. Motion of Westshore Mall Investors LLC for Immediate Payment of Rent and Other Lease Obligations Pursuant to Section 365(d)(3) of the Bankruptcy Code [D.I. 704, 5/15/18]

    Response/Objection Deadline:         June 1, 2018 at 4:00 p.m. (ET) [Extended for Debtors until June 12, 2018]

    Responses/Objections Received:    None.

    Related Documents:

    A.    Notice of Withdrawal of Document [D.I. 1152, 10/3/18]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Bon-Ton Stores, Inc. (5229); The Bon-Ton Department Stores, Inc. (9309); The Bon-Ton Giftco, LLC (2805); Carson Pirie Scott II, Inc. (2140); Bon-Ton Distribution, LLC (5855); McRIL, LLC (5548); Bonstores Holdings One, LLC (8574); Bonstores Realty One, LLC (8931); Bonstores Holdings Two, LLC (8775); and Bonstores Realty Two, LLC (9075). The headquarters for the above-captioned Debtors is 2801 East Market Street, Bldg. E, York, Pennsylvania 17402.

[2] **Amended items appear in bold.**

01:23767293.2

Status:   This matter has been withdrawn.

3. Motion to Amend Claim as Complaint to Determine Dischargeability, filed by The Wine Experience at Jordan Creek, L.C. [D.I. 862, 6/19/18]

   Response/Objection Deadline:        At the hearing

   Responses/Objections Received:      None.

   Related Documents:

   A.   Notice of Motion [D. I. 994, 8/8/18]

   Status:   By agreement of the parties, this matter is adjourned until November 20, 2018 at 10:30 a.m. (ET).

4. Amended Motion of Joanne Edmister for Relief from Stay [D.I. 1121, 9/24/18]

   Response/Objection Deadline:        October 18, 2018 at 4:00 p.m. (ET)
                                       [Extended for the Debtors]

   Responses/Objections Received:      None.

   Related Documents:                  None.

   Status:   By agreement of the parties, this matter is adjourned until November 20, 2018 at 10:30 a.m. (ET).

5. Debtors' Sixteenth (16th) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts, *Nunc Pro Tunc* to the Rejection Effective Dates [D.I. 100, 9/18/18]

   Response/Objection Deadline:        October 2, 2018 at 4:00 p.m. (ET)

   Responses/Objections Received:      None.

   Related Documents:

   A.   Order [D.I. 1157, 10/9/18]

   Status:   An order has been entered.

**UNCONTESTED MATTERS – CERTIFICATIONS FILED**

6. Debtors' Fourth Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts, *Nunc Pro Tunc* to the Rejection Effective Dates [D.I. 835, 6/11/18]

    Response/Objection Deadline:        June 25, 2018 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.    Objection of Spark Foundry [D.I. 883, 6/25/18]

    Related Documents:

        B.    Order [D.I. 897, 7/3/18]

        C.    Certification of Counsel [D.I. 1180, 10/22/18]

        **D.    Second Order [D.I. 1189, 10/23/18]**

    **Status:  Orders have been entered.**

7.    Debtors' Thirteenth (13th) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to August 31, 2018 [D.I. 1046, 8/30/18]

    Response/Objection Deadline:        September 13, 2018 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.    Limited Objection of Muscatine Mall Management II, LLC [D.I 1078, 9/13/18]

    Related Documents:

        B.    Order [D.I. 1130, 9/24/18]

        C.    Certification of Counsel [D.I. 1181, 10/22/18]

        **D.    Supplemental Order [D.I. 1190, 10/23/18]**

    **Status:  Orders have been entered.**

**CONTESTED MATTER GOING FORWARD**

8.    Joint Motion of the Debtors and Bon-Ton Purchaser for Entry of an Order Authorizing (I) the Sale of Real Property Free and Clear of Liens, Claims, Interests, and Encumbrances and/or, in the Alternative, (II) the Rejection of Executory Contract and Unexpired Lease, and Granting Related Relief [D.I. 1155, 10/4/18]

    Response/Objection Deadline:        October 18, 2018 at 4:00 p.m. (ET)

Responses/Objections Received:

 A. Objection of Edens Plaza LLC and Edens Annex LLC [D.I. 1170, 10/18/18]

Related Documents:

 B. Reply in Support of Joint Motion [D.I. 1179, 10/22/18]

Status: This matter is going forward.

## FEE APPLICATIONS

9. Second Interim Fee Applications [See **Exhibit A** attached hereto]

 Responses Received:  None.

 Related Documents:  See **Exhibit** A hereto.

  A. Order Approving Second Interim Fee Application of Debtors' Professionals [D.I. 1176, 10/22/18]

  B. Certificate of No Objection [D.I. 1182, 10/23/18]

  **C.** **Order Granting Second Interim Fee Application of Zolfo Cooper, LLC [D.I. 1191, 10/23/18]**

 **Status:** **Orders have been entered.**

10. First and Final Fee Application of A&G Realty Partners, LLC for Compensation for Services Rendered as Real Estate Advisor to the Debtors for the Period of February 4, 2018 Through and Including April 30, 2018 [D.I. 1087, 9/14/18]

 Response/Objection Deadline:  October 4, 2018 at 4:00 p.m. (ET)

 Responses Received:  None.
 Related Documents:

  A. Certification of Counsel [D.I. 1162, 10/10/18]

  **B. Order [D.I. 1192, 10/23/18]**

 **Status:** **An order has been entered.**

11. Third Monthly and Final Fee Application of Joseph A. Malfitano, PLLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Transactional Counsel for the Debtors for the Period From February 4, 2018 Through August 31, 2018 [D.I. 1093, 9/17/18]

| | |
|---|---|
| Response/Objection Deadline: | October 9, 2018 at 4:00 p.m. (ET) |
| Responses Received: | None. |

Related Documents:

A. Certificate of No Objection [D.I. 1165, 10/12/18]

**B. Order [D.I. 1194, 10/23/18]**

**Status:** **An order has been entered.**

Dated: October 23, 2018
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Kelley A. Cornish
Elizabeth R. McColm
Alexander Woolverton
Michael J. Colarossi
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Co-Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

## INDEX OF SECOND INTERIM FEE APPLICATIONS

A. **Paul, Weiss, Rifkind, Wharton & Garrison LLP [D.I. 1084, 9/14/18]**

   1. Fourth Monthly Fee Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the period of May 1, 2018 through May 31, 2018 [D.I. 869, 6/20/18]

   2. Certificate of No Objection [D.I. 920, 7/11/18]

   3. Fifth Monthly Fee Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the period of June 1, 2018 through July 31, 2018 [D.I. 1083, 9/14/18]

   4. Certificate of No Objection [D.I. 1159, 10/9/18]

   5. Supplement to Second Interim Fee Application [D.I. 1085, 9/14/18]

B. **Young Conaway Stargatt & Taylor, LLP [D.I. 1084, 6/15/18]**

   1. Fourth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from May 1, 2018 through May 31, 2018 [D.I. 870, 6/20/18]

   2. Certificate of No Objection [D.I. 921, 7/11/18]

   3. Fifth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period June 1, 2018 through June 30, 2018 [D.I. 973, 7/25/18]

   4. Certificate of No Objection [D.I. 1007, 8/16/18]

   5. Sixth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from July 1, 2018 through July 31, 2018 [D.I. 1035, 8/27/17]

   6. Certificate of No Objection [D.I. 1107, 9/19/18]

   7. Supplement to Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 1086, 9/14/18]

01:23767293.2

2

**C.     Zolfo Cooper, LLC [D.I. 1080, 9/14/18]**

1. Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2018 through May 31, 2018 [D.I. 926, 7/12/18]

2. Certificate of No Objection [D.I. 992, 8/7/18]

3. Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2018 through July 31, 2018 [D.I. 1067, 9/7/18]

4. Certificate of No Objection [D.I. 1145, 10/1/18]