## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:   Chapter 11

Case No. 18-10248 (MFW)

Debtor: The Bon-Ton Stores, Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Victor J. Kessler to represent the Joint Venture comprised of GA Retail, Inc., Tiger Capital Group, LLC, and Wilmington Savings Fund Society, FSB in this action.

/s/ J. Kate Stickles (No. 2917)

Firm Name: COLE SCHOTZ P.C.
Address: 500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Phone: (302) 652 3131
Email: kstickles@coleschotz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Victor J. Kessler

Firm Name: JONES DAY
Address: 77 West Wacker
Chicago, IL 60601
Phone: (312) 782 3939
Email: vkessler@jonesday.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.