# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:                        Chapter **11**

                                          Case No. **18 - 10248** ( **MFW** )

Debtor: **The Bon-Ton Stores, Inc., et al.**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **James A. White** to represent **the Joint Venture comprised of GA Retail, Inc., Tiger Capital Group, LLC, and Wilmington Savings Fund Society, FSB** in this action.

/s/ J. Kate Stickles (No. 2917)

Firm Name: COLE SCHOTZ P.C.
Address: 500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Phone: (302) 652 3131
Email: kstickles@coleschotz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **Illinois** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ James A. White

Firm Name: JONES DAY
Address: 77 West Wacker
Chicago, IL 60601
Phone: (312) 782 3939
Email: jawhite@jonesday.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: October 24th, 2018**
**Wilmington, Delaware**

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE