**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE BON-TON STORES, INC., *et al.*,[1] | Case No. 18-10248 (MFW) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, Alain B. Francoeur, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 23, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on (1) the Core/2002 Service List attached hereto as **Exhibit A** and (2) the Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for Hearing on October 25, 2018 at 3:00 p.m. (ET) [Docket No. 1187]

- Notice of Amended Agenda of Matters Scheduled for Hearing on October 25, 2018 at 3:00 p.m. (ET) [Docket No. 1196]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Bon-Ton Stores, Inc. (5229); The Bon-Ton Department Stores, Inc. (9309); The Bon-Ton Giftco, LLC (2805); Carson Pirie Scott II, Inc. (2140); Bon-Ton Distribution, LLC (5855); McRIL, LLC (5548); Bonstores Holdings One, LLC (8574); Bonstores Realty One, LLC (8931); Bonstores Holdings Two, LLC (8775); and Bonstores Realty Two, LLC (9075). The headquarters for the above-captioned Debtors is 2801 East Market Street, Bldg. E, York, Pennsylvania 17402.

Dated: October 24, 2018

                                                                         Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 24, 2018, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

                                       **ROBERT J. RUBEL JR.**
                                   **NOTARY PUBLIC OF NEW JERSEY**
                                        **Comm. # 50070782**
                                   **My Commission Expires 10/25/2022**

**Exhibit A**

Case 18-10248-MFW    Doc 1204    Filed 10/24/18    Page 3 of 16

Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to NWC 331 Commercial, LLC | Ashby & Geddes, P.A. | Attn: Ricardo Palacio, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899-1150 | 302-654-2067 | rpalacio@ashbygeddes.com | Fax and Email |
| Counsel to Comenity Bank | Bailey Cavalieri LLC | Attn: Matthew T. Schaeffer<br>10 West Broad Street<br>Suite 2100<br>Columbus OH 43215 | | Matthew.Schaeffer@baileycavalieri.com | Overnight Mail and Email |
| Counsel to Comenity Bank | Bailey Cavalieri LLC | Attn: Robert B. Berner<br>1250 Kettering Tower<br>Dayton OH 45423 | | rberner@baileycav.com | Overnight Mail and Email |
| Counsel to ARC NPHUBOH001, LLC, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, Federal Realty Investment Trust, LC Property, LLC, Southgate Mall Associates, LLP, Starwood Retail Partners, LLC and YTC Mall Owner, LLC, Urban Outfitters Wholesale, Inc. | Ballard Spahr LLP | Attn: Dustin P. Branch, Esquire<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067-2909 | | BranchD@ballardspahr.com | Email |
| Counsel to ARC NPHUBOH001, LLC, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, Federal Realty Investment Trust, LC Property, LLC, Southgate Mall Associates, LLP, Starwood Retail Partners, LLC and YTC Mall Owner, LLC, Urban Outfitters Wholesale, Inc. | Ballard Spahr LLP | Attn: David L. Pollack, Esquire<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | | pollack@ballardspahr.com | Email |
| Counsel to ARC NPHUBOH001, LLC, Brixmor Property Group, Inc., Centennial Real Estate Company, LLC, Federal Realty Investment Trust, LC Property, LLC, Southgate Mall Associates, LLP, Starwood Retail Partners, LLC and YTC Mall Owner, LLC, Urban Outfitters Wholesale, Inc. | Ballard Spahr LLP | Attn: Matthew Summers, Esquire, Leslie Heilman, Esquire, Laurel D. Roglen, Esquire, Chantelle D. McClamb, Esquire<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801 | | summersm@ballardspahr.com<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| Counsel to Aviation Mall NewCo, LLC and Salmon Run Shopping Center, L.L.C. and Pyramid Management Group, LLC | Barclay Damon LLP | Attn: Kevin M. Newman, Esq.<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse NY 13202 | | knewman@barclaydamon.com | Email |
| Counsel to Frontline Private Security, LLC | Bayard, P.A. | Attn: Evan T. Miller<br>600 N. King Street<br>Suite 400<br>Wilmington DE 19801 | | emiller@bayardlaw.com | Email |
| Counsel to Western Glove Works and Silver Jeans Co. | Bernstein, Shur, Sawyer & Nelson, P.A. | Attn: Robert J. Keach, Roma N. Desai<br>100 Middle Street, West Tower<br>P.O. Box 9729<br>Portland ME 04104-5029 | | rkeach@bernsteinshur.com<br>rdesai@bernsteinshur.com | Email |
| Attorneys for Hillsborough Associates | Blank Rome LLP | Attn: Victoria A. Guilfoyle<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | | Guilfoyle@BlankRome.com | Email |
| Attorneys for Hillsborough Associates | Blank Rome LLP | Attn: Jeffrey Rhodes<br>1825 Eye Street NW<br>Washington DC 20006 | | JRhodes@BlankRome.com | Email |
| Counsel to SAP Industries, Inc. and Ariba, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury NJ 08096 | | dludman@brownconnery.com | Email |

In re: The Bon-Ton Stores, Inc., et al.
Case No. 18-10248 (MFW)

Page 1 of 11

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Second Generation, Inc. and Wild Horses Apparel, LLC | Brutzkus Gubner | Attn: Robyn B. Sokol, Esq. 21650 Oxnard Street Suite 500 Woodland Hills CA 91367 | | rsokol@bg.law | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. 55 Second Street 17th Floor San Francisco CA 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Fax and Email |
| Counsel to Murphy & Miller, Inc. | Cassiday Schade LLP | Attn: Patricia J. Hogan, Jack Vitanovec, Yaro Melnyk 20 North Wacker Drive Suite 1000 Chicago IL 60606 | | phogan@cassiday.com jvitanovec@cassiday.com ymelnyk@cassiday.com | Email |
| Counsel to the DIP Tranche A-1 Documentation Agent | Choate, Hall & Stewart LLP | Attn: John F. Ventola, Jonathan D. Marshall Two International Place Boston MA 02110 | 617-248-4000 | jventola@choate.com jmarshall@choate.com | Fax and Email |
| Counsel to Edens Plaza, LLC and Edens Annex, LLC | Clark Hill PLC | Attn: David M. Blau, Esq. 151 S. Old Woodward Ave. Ste. 200 Birmingham MI 48009 | 248-988-2336 | dblau@clarkhill.com | Fax and Email |
| Counsel to Tronc, Inc., The Morning Call, LLC, Carroll County Times, LLC and Chicago Tribune Company, LLC | Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Esq., Helen S. Ward, Esq. 625 Liberty Avenue Pittsburgh PA 15222-3152 | | wkelleher@cohenlaw.com hward@cohenlaw.com | Email |
| Counsel to the Second Lien Noteholders | Cole Schotz P.C. | Attn: Norm Pernick, J. Kate Stickles 500 Delaware Avenue Suite 1410 Wilmington DE 19801 | 302-652-3117 | npernick@coleschotz.com kstickles@coleschotz.com | Fax and Email |
| Counsel to IRC Deer Trace, LLC | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Esq., Kelly M. Conlan, Esq. 1000 West Street Suite 1400 Wilmington DE 19801 | | kbifferato@connollygallagher.com kconlan@connollygallagher.com | Email |
| Counsel to the Grumbracher Trust | Cozen O'Connor | Attn: Mark E. Felger, Esq. 1201 N. Market St. Suite 1001 Wilmington DE 19801 | 877-286-4528 | mfelger@cozen.com | Fax, Overnight Mail and Email |
| Counsel to Rockstep Aberdeen, LLC, Rockstep Scottsbluff, LLC, Rockstep Virginia, LLC, and Rockstep Willmar LLC | Crain, Caton & James | Attn: Jeffrey I. Horowitz, Esq. 1401 McKinney, Suite 1700 Houston TX 77010 | | bontonbankruptcy@craincaton.com | Email |
| Counsel to Saks Incorporated | Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann 1105 N. Market Street Suite 901 Wilmington DE 19801 | 302-777-4224 | csimon@crosslaw.com kmann@crosslaw.com | Fax, Overnight Mail and Email |
| Counsel to Zane Plaza, LLC and Crest Commercial Realty | Cross & Simon, LLC | Attn: Joseph Grey, Esquire 1105 N. Market Street Suite 901 Wilmington DE 19801 | 302-777-4224 | jgrey@crosslaw.com | Fax and Email |
| Counsel to Red Dog Brands, LLC | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. 605 Third Avenue New York NY 10158 | | dhw@dhclegal.com | Overnight Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department Carvel State Office Bldg 820 N French St 6th Fl Wilmington DE 19801 | 302-577-6630 | attorney.general@state.de.us | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | 302-577-8632 | FASNotify@state.de.us | Fax and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover DE 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Fax and Email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover DE 19904 | 302-739-5635 | statetreasurer@state.de.us | Fax and Email |
| Commonwealth of Pennsylvania | Department of Labor and Industry | Attn: Deb Secrest<br>Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg PA 17121 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Fax and Email |
| Counsel to DW Partners, LP | DLA PIPER LLP | Attn: Ann Lawrence, Esq.<br>550 South Hope Street<br>Suite 2300<br>Los Angeles CA 90071-2678 | 213-330-7555 | ann.lawrence@dlapiper.com | Fax and Email |
| Counsel to DW Partners, LP | DLA PIPER LLP | Attn: Stuart M. Brown<br>R. Craig Martin<br>Jason Angelo<br>1201 North Market Street<br>Suite 2100<br>Wilmington DE 19801 | 302-394-2341 | stuart.brown@dlapiper.com<br>craig.martin@dlapiper.com<br>jason.angelo@dlapiper.com | Fax and Email |
| Counsel to DW Partners, LP | DLA PIPER LLP | Attn: Richard A. Chesley, Esq.<br>John K. Lyons, Esq.<br>Oksana Koltko Rosaluk, Esq.<br>444 West Lake Street<br>Suite 900<br>Chicago IL 60606 | 312-236-7516 | richard.chesley@dlapiper.com<br>john.lyons@dlapiper.com<br>oksana.koltkorosaluk@dlapiper.com | Fax and Email |
| Counsel to PPF RTL Rosedale Shopping Center, LLC. | Dorsey & Whitney (Delaware) LLP | Attn: Robert W. Mallard, Alessandra Glorioso<br>300 Delaware Avenue<br>Suite 1010<br>Wilmington DE 19801 | | mallard.robert@dorsey.com<br>glorioso.alessandra@dorsey.com | Email |
| Counsel to PPF RTL Rosedale Shopping Center, LLC. | Dorsey & Whitney LLP | Attn: Monica L. Clark, Natasha Wells<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis MN 55402 | | clark.monica@dorsey.com<br>wells.natasha@dorsey.com | Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success NY 11042 | | amish@doshilegal.com | Overnight Mail and Email |
| Counsel to Interested Parties, Fannie May Confections Brands, Inc., Fannie May Confections, Inc., And Harry London, Inc. | Dunn Lambert, L.L.C. | Attn: Peter E. Lembesis, Esq.<br>The Atrium, East 80 Route 4<br>Suite 170<br>Paramus NJ 07652 | | Plembesis@NJBizlawyer.com | Email |
| Interested Party | Elder Ohio I Delaware Business Trust | Attn: Jon F. Hanson, Chairman<br>c/o The Hampshire Companies, LLC<br>83 South Street<br>Morristown NJ 07960 | | | Overnight Mail |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | | Overnight Mail |

In re: The Bon-Ton Stores, Inc., et al.
Case No. 18-10248 (MFW)

Page 3 of 11

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Kohl's Department Stores, Inc. | FACTORLAW | Attn: William J. Factor, Sara E. Lorber<br>105 W. Madison<br>Suite 1500<br>Chicago IL 60602 | | wfactor@wfactorlaw.com<br>slorber@wfactorlaw.com | Email |
| Counsel to LinkedIn Corporation | Fox Rothschild LLP | Attn: Maria A. Milano<br>1001 Fourth Avenue<br>Suite 4500<br>Seattle WA 98154-1192 | 206-389-1708 | mamilano@foxrothschild.com | Fax and Email |
| Counsel to Experian Marketing Solutions, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Karen V. Newbury<br>325 North LaSalle Street<br>Suite 625<br>Chicago IL 60654 | | jfrank@fgllp.com<br>knewbury@fgllp.com | Email |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold, Esq., A.J. Webb, Esq.<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | | awebb@fbtlaw.com<br>rgold@fbtlaw.com | Email |
| Counsel to Fossil Group, Inc. | GARDERE WYNNE SEWELL LLP | Attn: Jason B. Binford<br>2021 McKinney Avenue<br>Ste. 1600<br>Dallas TX 75201 | | jbinford@gardere.com | Email |
| Counsel to GGP Limited Partnership | GGP Limited Partnership, as Agent | Attn: Julie Minnick Bowden<br>320 N. Orleans St<br>Suite 300<br>Chicago IL 60654-1607 | | ggpbk@ggp.com | Email |
| Attorneys for Wilton Brands LLC | Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk<br>501 Silverside Road<br>Suite 65<br>Wilmington DE 19809 | 302-444-6709 | marias@restructuringshop.com | Fax and Email |
| Attorneys for Wilton Brands LLC | Goldstein & McClintock LLLP | Attn: Thomas R. Fawkes, Esq., Brian J. Jackiw, Esq.<br>111 West Washington Street<br>Suite 1221<br>Chicago IL 60602 | 312-216-0734, 312-277-3315 | tomf@goldmclaw.com<br>brianj@goldmclaw.com | Fax, Overnight Mail and Email |
| Counsel to Stag Fairborn, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner, Esq.<br>400 Atlantic Avenue<br>Boston MA 02110-3333 | | drosner@goulstonstorrs.com | Email |
| Counsel to North Riverside Park Associates LLC | Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Robinson Brog Leinwand<br>875 Third Avenue,<br>9th Floor<br>New York NY 10022 | 212-956 2164 | fbr@robinsonbrog.com | Fax and Email |
| Counsel to NWC 331 Commercial, LLC | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | Attn: Steven W. Soulé, Esq.<br>320 South Boston Avenue<br>Suite 200<br>Tulsa OK 74103-3706 | 918-594-0505 | ssoule@hallestill.com | Fax and Email |
| Counsel to Telgian Corporation | Hinshaw & Culbertson, LLP | Attn: Thomas McGarry, Phillip Kujawa, Michael G. Ruff<br>222 N. LaSalle St.<br>Suite 300<br>Chicago IL 60601-1081 | | tmcgarry@hinshawlaw.com<br>pkujawa@hinshawlaw.com<br>mruff@hinshawlaw.com | Email |
| Counsel to VORH Associates, LLC | Honigman Miller Schwartz and Cohn LLP | Attn: Scott B. Kitei<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit MI 48226 | | skitei@honigman.com | Email |

In re: The Bon-Ton Stores, Inc., et al.
Case No. 18-10248 (MFW)

Page 4 of 11

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Armeta Solutions | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse<br>1445 Ross Avenue<br>Suite 3700<br>Dallas TX 75202-2799 | | ghesse@huntonak.com | Email |
| Counsel to IBM Corporation | IBM Corporation | Attn: Marie-Josee Dube<br>275 Viger East<br>Montreal QC H2X 3R7 Canada | 845-491-5032 | mjdube@ca.ibm.com | Fax and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | 855-235-6787 | | Fax and Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | | Fax |
| Counsel to The Apparel Group, Ltd. | JD Thompson Law | Attn: Judy D. Thompson<br>P.O. Box 33127<br>Charlotte NC 28233 | | jdt@jdthompsonlaw.com | Email |
| Counsel to Creditor International Painters and Allied Trades Industry Pension Fund | Jennings Sigmond, P.C. | c/o Dawn M. Costa, Esquire<br>IUPAT Industry Pension Fund<br>1835 Market Street, Suite 2800<br>Philadelphia PA 19103 | | dcosta@jslex.com<br>bankruptcy@jslex.com | Email |
| Counsel to the Second Lien Noteholders | Jones Day | Attn: Sidney Levinson, Genna L. Ghaul, John Kane<br>250 Vesey Street<br>New York NY 10281-1047 | 212-755-7306 | slevinson@jonesday.com<br>gghaul@jonesday.com<br>jkkane@jonesday.com | Fax and Email |
| Counsel to the Second Lien Noteholders | Jones Day | Attn: Bruce Bennett, Joshua M. Mester<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles CA 90071 | 213-243-2539 | bbennett@jonesday.com<br>jmester@jonesday.com | Fax, Overnight Mail and Email |
| Counsel to Stanley Convergent Security Solutions, Inc. | Kane Russell Coleman & Logan PC | Attn: Bradford T. Smith, Robert N. LeMay<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas TX 75201 | | BSmith@krcl.com<br>rlemay@krcl.com | Email |
| Counsel to Harlem-Irving Realty, Inc. | Katten Muchin Rosenman LLP | Attn: Paige Barr Tinkham<br>525 W. Monroe Street<br>Chicago IL 60661-3693 | | paige.tinkham@kattenlaw.com | Email |
| Counsel to Elder Ohio I Delaware Business Trust | Kelley Drye & Warren LLP | Attn: Chris Drewes, Esq.<br>101 Park Avenue<br>New York NY 10178 | | cdrewes@kelleydrye.com | Email |
| Counsel to the Benderson Development Company, Inc., GGP Limited Partnership, Rouse Properties LLC and Shopcore Properties (collectively referred to herein as "Landlords). | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Esq.<br>101 Park Avenue<br>New York NY 10178 | | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com | Email |
| Counsel to WSFS | Kilpatrick Townsend & Stockton LLP | Attn: David Posner<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036 | | dposner@kilpatricktownsend.com | Email |
| Counsel to B.H. Multi Com Corporøtion (d/b/a EFFY) and B.H. Multi Color Corp. | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian Winters, Esquire, Joseph C. Corneau, Esquire<br>200 West 41st Street<br>17th Floor<br>New York NY 10036 | 212-972-2245 | iwinters@klestadt.com<br>jcorneau@klestadt.com | Fax and Email |

In re: The Bon-Ton Stores, Inc., et al.
Case No. 18-10248 (MFW)

Page 5 of 11

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Kraus-Anderson, Incorporated | Kraus-Anderson, Incorporated | Attn: James E. Schmeckpeper, Esq.<br>General Counsel<br>501 South Eighth Street<br>Minneapolis MN 55404-1078 | | | Overnight Mail |
| Counsel to Jartwon Associates L.P., Empire Columbia, L.P., PREIT Services, LLC, as agent for PR Valley Limited Partnership, PR Valley View Anchor-M Limited Partnership and PR Wyoming Valley Limited Partnership, and PREIT-RUBIN, Inc., as agent for Susquehanna Valley Mall Associates | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman, Esquire<br>401 S. 2nd Street<br>Suite 200<br>Philadelphia PA 19147 | | kurtzman@kurtzmansteady.com | Overnight Mail and Email |
| Counsel to B.H. Multi Com Corporøtion (d/b/a EFFY) and B.H. Multi Color Corp. | Landis Rath & Cobb LLP | Attn: Matthew B. McGuire, Esq., Jennifer L. Cree, Esq.<br>919 Market Street<br>Suite 1800<br>Wilmington DE 19801 | 302-467-4450 | mcguire@lrclaw.com<br>cree@lrclaw.com | Fax and Email |
| Interested Party | Langhenry, Gillen, Lundquist & Johnson, LLC | Attn: Steven R. Johnson<br>311 S. County Farm Road - Suite L<br>Wheaton IL 60187 | 630-653-5980 | sjohnson@lglfirm.com | Fax and Email |
| Counsel to the Benderson Development Company, Inc., GGP Limited Partnership, Rouse Properties LLC and Shopcore Properties (collectively referred to herein as "Landlords). | Law Office of Susan E. Kaufman,LLC | Attn: Susan E. Kaufman<br>919 N. Market Street<br>Suite 460<br>Wilmington DE 19801 | | skaufman@skaufmanlaw.com | Email |
| Counsel to 120 S. Riverside Property Owner, LLC | Levenfeld Pearlstein, LLC | Attn: Marc I. Fenton<br>2 N. LaSalle St.<br>Suite 3400<br>Chicago IL 60602 | | mfenton@lplegal.com | Email |
| Counsel to Spark Foundry f/k/a Spark Communications, a Division of Starcom MediaVest Group, Inc. | Locke Lord LLP | Attn: Jonathan W. Young<br>111 Huntington Avenue<br>9th Floor<br>Boston MA 02199-7613 | | jonathan.young@lockelord.com | Email |
| Counsel to Spark Foundry f/k/a Spark Communications, a Division of Starcom MediaVest Group, Inc. | Locke Lord LLP | Attn: Stephen J. Humeniuk<br>600 Congress Avenue<br>Suite 2200<br>Austin TX 78701 | | stephen.humeniuk@lockelord.com | Email |
| Counsel to Great American Group WF LLC | Lowenstein Sandler LLP | Attn: Andrew Behlmann<br>One Lowenstein Drive<br>Roseland NJ 07608 | | abehlmann@lowenstein.com | Email |
| Counsel to The Estée Lauder Companies, Inc. and Under Armour, Inc. | Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Esq., Keara Waldron, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | | jcohen@lowenstein.com<br>kwaldron@lowenstein.com | Email |
| Counsel to Great American Group WF LLC | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen<br>1251 Avenue of the Americas<br>New York NY 10020 | | krosen@lowenstein.com | Email |
| Counsel to The Estée Lauder Companies, Inc. and Under Armour, Inc. | Lowenstein Sandler LLP | Attn: Nicole Fulfree, Esq.<br>One Lowenstein Drive<br>Roseland NJ 07068 | | nfulfree@lowenstein.com | Email |
| Counsel to Oracle American, Inc. | Margolis Edelstein | Attn: James E. Huggett<br>300 Delaware Avenue<br>Suite 800<br>Wilmington DE 19801 | | jhuggett@margolisedelstein.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to THF York Development, L.P., East Court Shopping Center LLC and Quincy Cullinan LLC | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: David P. Primack, Esquire<br>300 Delaware Ave.<br>Suite 770<br>Wilmington DE 19801 | 302-654-4031 | dprimack@mdmc-law.com | Fax and Email |
| Counsel to Granite (115 Enterprise Pkwy) LLC | Menter, Rudin & Trivelpiece, P.C. | Attn: Kevin M. Newman, Esq.<br>308 Maltbie Street<br>Suite 200<br>Syracuse NY 13204-1439 | | knewman@menterlaw.com | Email |
| Counsel to Carol Dauplaise, Ltd. | Meyer, Suozzi, English & Klein, P.C. | Attn: Edward J. LoBello<br>990 Stewart Avenue, Suite 300<br>Garden City NY 11530 | | elobello@msek.com | Email |
| Counsel to J. America, LLC | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Marc N. Swanson, Esq.<br>150 W. Jefferson Avenue<br>Suite 2500<br>Detroit MI 48226 | | swansonm@millercanfield.com | Email |
| Counsel to Southern Motion, Inc. | Mitchell, McNutt & Sams, P.A. | Attn: D. Andrew Phillips, Esquire<br>PO Box 947<br>Oxford MS 38655-0947 | | aphillips@mitchellmcnutt.com | Email |
| Counsel to Serta Simmons Bedding, LLC | Montgomery, McCracken, Walker, & Rhoads, LLP | Attn: Mark A. Fink<br>1105 North Market Street<br>15th Floor<br>Wilmington DE 19801 | | mfink@mmwr.com | Email |
| Counsel to The Cafaro Management Company | Monzack Mersky McLaughlin and Browder, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street<br>Suite 400<br>Wilmington DE 19801 | | rmersky@monlaw.com | Email |
| Counsel to the DIP Administrative Agent and the Prepetition ABL Administrative Agent, Bank of America, N.A. | Morgan Lewis Bockius LLP | Attn: Julia Frost-Davies, Robert A.J. Barry, Amelia C. Joiner<br>One Federal St.<br>Boston MA 02110-1726 | 617-341-7701 | julia.frost-davies@morganlewis.com<br>robert.barry@morganlewis.com<br>amelia.joiner@morganlewis.com | Fax and Email |
| Counsel to BT (Multi) LLC, BT-York (PA), and BT (PA) QRS 12-25, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller<br>1201 N. Market St., 16th Flr.<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | 302-658-3989 | cmiller@mnat.com | Fax and Email |
| Counsel to CW Birch Run, LLC | Moye White LLP | Attn: Timothy M. Swanson, Kelsey Bowers<br>1400 16th Street<br>Sixth Floor<br>Denver CO 80202 | | tim.swanson@moyewhite.com<br>Kelsey.bowers@moyewhite.com | Email |
| Counsel to Stanley Convergent Security Solutions, Inc. | Nielsen, Zehe & Antas, P.C. | Attn: Brad Krause<br>55 West Monroe Street<br>Suite 1800<br>Chicago IL 60603 | | bkrause@nzalaw.com<br>jalonzo@nzalaw.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Mark S. Kenney, Esq.<br>844 King St Ste 2207<br>Suite 2207<br>Wilmington DE 19801 | 302-573-6497 | | Fax and Overnight Mail |
| Attorneys for DLJ Mortgage Capital, Inc. | Orlans PC | Attn: Jessica L. Mullenix Woodward, John E. Tarburton<br>1201 N. Orange St. Suite 7301<br>Wilmington DE 19801 | | jwoodward@orlans.com<br>jtarburton@orlans.com | Email |

In re: The Bon-Ton Stores, Inc., et al.
Case No. 18-10248 (MFW)

Page 7 of 11

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler<br>919 N. Market Street<br>17th Floor<br>Wilmington DE 19801 | | bsandler@pszjlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles CA  90067-4100 | | jpomerantz@pszjlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Bradford J. Sandler<br>780 Third Avenue<br>36th Floor<br>New York NY 10017-2024 | | rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com | Email |
| Co-Counsel to Debtor | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Kelley A. Cornish, Elizabeth R. McColm, Claudia R. Tobler, Alexander Woolverton<br>1285 Avenue of the Americas<br>New York NY 10019 | | kcornish@paulweiss.com<br>emccolm@paulweiss.com<br>ctobler@paulweiss.com<br>awoolverton@paulweiss.com<br>mcolarossi@paulweiss.com | Email |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Thomas Taylor, Jordan E. Jacobson<br>1200 K. Street<br>NW<br>Washington, DC 20005-4026 | | pfeuffer.marc@pbgc.gov<br>efile@pbgc.gov<br>jacobson.jordan@pbgc.gov | Email |
| Counsel to Spark Foundry f/k/a Spark Communications, a Division of Starcom MediaVest Group, Inc. | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | | cward@polsinelli.com<br>jedelson@polsinelli.com | Email |
| Counsel To Mikden Of Stillwater LLC | Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A. | Attn: Michael F. McGrath, Esq.<br>150 South Fifth Street<br>Suite 3450<br>Minneapolis MN 55402 | | mfmcgrath@ravichmeyer.com | Email |
| Counsel to the DIP Administrative Agent and the Prepetition ABL Administrative Agent, Bank of America, N.A. | Richard Layton & Finger LLP | Attn: Mark D. Collins, Joseph C. Barsalona II<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | 302-651-7701 | collins@rlf.com<br>barsalona@rlf.com | Fax and Email |
| Counsel to Serta Simmons Bedding, LLC | Rogers Law Offices | Attn: Beth E. Rogers<br>100 Peachtree Street<br>Suite 1950<br>Atlanta GA 30303 | | brogers@berlawoffice.com | Email |
| Counsel to Alliance Shipper's Inc. | Ronald Horowitz, Esq. | P.O. Box 353707<br>Palm Coast FL 32137 | | r.horowitzesquire@gmail.com<br>rhorowitz@alliance.com | Email |
| Counsel to Harlem-Irving Realty, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | | mark.minuti@saul.com | Email |
| Counsel to Wayne Towne Enterprises Ltd. | SAUL EWING ARNSTEIN & LEHR LLP | Attn: Mark Minuti<br>Lucian B. Murley<br>1201 North Market Street<br>Suite 2300 P.O. Box 1266<br>Wilmington DE 19899 | | mark.minuti@saul.com<br>luke.murley@saul.com | Email |
| Counsel to EIP York I LLC and EIP York II LLC | Saul Ewing Arnstein & Lehr LLP | Attn: Steven C. Reingold<br>131 Dartmouth Street<br>Boston MA 02116 | | steven.reingold@saul.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Commerce Technologies, LLC | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy, Esq., Daniel M. Pereira, Esq. 824 N. Market Street Suite 800 Wilmington DE 19801 | | rbarkasy@schnader.com dpereira@schnader.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury 100 F St NE Washington DC 20549 | | secbankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department Brookfield Place 200 Vesey Street Ste 400 New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department One Penn Center 1617 JFK Blvd Ste 520 Philadelphia PA 19103 | | secbankruptcy@sec.gov | Overnight Mail and Email |
| Counsel to Bravado International Group Merchandising Services Inc. | Shaw Fishman Glantz & Towbin LLC | Attn: Johnna M. Darby 300 Delaware Ave., Suite 1370 Wilmington DE 19801 | | jdarby@shawfishman.com | Email |
| Counsel to Bravado International Group Merchandising Services Inc. | Shaw Fishman Glantz & Towbin LLC | Attn: Terence G. Banich 321 N. Clark Street, Suite 800 Chicago IL 60654 | | tbanich@shawfishman.com | Email |
| Counsel for Hanesbrands Inc. | Shaw Fishman Glantz & Towbin LLC | Attn: Thomas M. Horan 300 Delaware Ave., Suite 1370 Wilmington DE 19801 | | thoran@shawfishman.com | Email |
| Counsel to United HealthCare Services, Inc. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. One Constitution Plaza Hartford CT 06103-1919 | | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com | Email |
| Counsel to Tyco Integrated Security, LLC | Shook, Hardy & Bacon L.L.P. | Attn: Michael J. Cappo 2555 Grand Blvd. Kansas City MO 64108 | | mcappo@shb.com | Email |
| Counsel to Tyco Integrated Security, LLC | Shook, Hardy & Bacon L.L.P. | Attn: Riley Mendoza 111 S. Wacker Drive 51st Floor Chicago IL 60606 | | rmendoza@shb.com | Email |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald Tucker 225 West Washington Street Indianapolis IN 46204 | | rtucker@simon.com | Email |
| Counsel to Nicholas Park Mall LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire 123 South Broad Street, Suite 2100 Philadelphia PA 19109 | | dplon@sirlinlaw.com | Email |
| Counsel to Alliant Energy Corporation, Wisconsin Power and Light Company, and Interstate Power and Light Company | Smith, Katzenstein & Jenkins LLP | Attn: Kathleen M. Miller 1000 West Street, Suite 1501 P.O. Box 410 Wilmington DE 19899 | 302-652-8405 | kmiller@skjlaw.com | Fax and Email |
| Counsel to Tronc, Inc., The Morning Call, LLC, Carroll County Times, LLC and Chicago Tribune Company, LLC | Snyder & Associates, P.A. | Attn: Bayard J. Snyder, Esq. 3801 Kennett Pike Suite 201, Building C Wilmington DE 19801 | | snyder90@aol.com bjs1@snyderlaw.pro | Email |
| Counsel to City View Capital, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Esquire, Thomas S. Onder, Esquire P.O. Box 5315 Princeton NJ 08543 | 609-896-0629 | jlemkin@stark-stark.com tonder@stark-stark.com | Fax and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to State of Michigan, Department of Treasury | State of Michigan, Department of Treasury | Attn: Heather L. Donald<br>Cadillac Place, Ste. 10-200<br>3030 W. Grand Blvd.<br>Detroit MI 48202 | | donaldh@michigan.gov | Overnight Mail and Email |
| Counsel to Spring Street, LLC | Steinhilber Swanson LLP | Attn: Claire Ann Resop, Esq.<br>122W. Washington Ave.<br>Suite 850<br>Madison WI 53703 | | cresop@steinhilberswanson.com | Email |
| Counsel to Saks Incorporated | Steptoe & Johnson LLP | Attn: Filiberto Agusti, Esq., Joshua R. Taylor, Esq.<br>1330 Connecticut Avenue, N.W.<br>Washington DC 20036 | 202-429-3902 | fagusti@steptoe.com<br>jrtaylor@steptoe.com | Fax and Email |
| Counsel to Saks Incorporated | Steptoe & Johnson LLP | Attn: Michael Dockterman, Esq., John Frey, Esq., Daniel Raymond, Esq.<br>115 South LaSalle Street<br>Suite 3100<br>Chicago IL 60603 | 312-577 1370 | mdockterman@steptoe.com<br>jfrey@steptoe.com<br>draymond@steptoe.com | Fax and Email |
| Counsel to Western Glove Works and Silver Jeans Co. | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr.<br>1105 North Market Street<br>Seventh Floor<br>Wilmington DE 19801 | | jhh@stevenslee.com | Email |
| Counsel to S&B Detrick Limited Partnership | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine, Esq.<br>901 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | 302-428-8195 | | Fax and Overnight Mail |
| Counsel to Wayne Towne Enterprises Ltd. | TAFT STETTINIUS & HOLLISTER LLP | Attn: Bruce J. L. Lowe<br>Lynn Rowe Larsen<br>200 Public Square<br>Suite 3500<br>Cleveland OH 44114-2302 | | blowe@taftlaw.com<br>llarsen@taftlaw.com | Email |
| Debtors | The Bon-Ton Stores, Inc. | Attn: President or General Counsel<br>2801 East Market Street<br>Bldg. E<br>York PA 17402 | | Amy.Ruhig@bonton.com<br>Nathaniel.Adams@bonton.com<br>CBasler@alixpartners.com<br>jcreighton@alixpartners.com | Email |
| Counsel to Kennedy Mall, Ltd dba Kenney Mall; Kentucky Oaks Mall Company dba Kentucky Oaks Mall; Meadowbrook Mall Company dba Meadowbroook Mall; Cafaro-Peachcreek Joint Venture Partnership dba Millcreek; Sandusky Mall Company dba Sandusky Mall; Frenchtown Square Partnership dba the Mall of Monroe | The Cafaro Company | Attn: Richard T. Davis<br>5577 Youngstown-Warren Rd.<br>Niles OH 44446 | | rdavis@cafarocompany.com | Email |
| Counsel to Comenity Bank & Counsel to Red Dog Brands, LLC | The Rosner Law Group Llc | Attn: Frederick B. Rosner, Scott J. Leonhardt<br>824 N. Market Street<br>Suite 810<br>Wilmington DE 19801 | | leonhardt@teamrosner.com | Overnight Mail and Email |
| Counsel to the Indenture Trustee under the Second Lien Indenture | Thompson Hine LLP | Attn: Yesenia D. Batista<br>335 Madison Avenue<br>12th Floor<br>New York NY 10017-4611 | 212-344-6101 | Yesenia.Batista@ThompsonHine.com | Fax and Email |
| Counsel to Duke Realty Limited Partnership and Peoria New Mall LLC | Thompson Hine LLP | Attn: Louis F. Solimine, Esq.<br>312 Walnut Street<br>Suite 1400<br>Cincinnati OH 45202-4029 | | Louis.Solimine@Thompsonhine.com | Email |

In re: The Bon-Ton Stores, Inc., et al.
Case No. 18-10248 (MFW)

Page 10 of 11

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to TPI Corporation | Tucker Ellis LLP | Attn: Sherry Knutson<br>233 S. Wacker Drive<br>Willis Tower Suite 6950<br>Chicago IL 60606-9997 | | Sherry.Knutson@TuckerEllis.com | Email |
| Counsel to TPI Corporation | Tucker Ellis LLP | Attn: Thomas W. Baker , Mark McCarthy<br>950 Main Avenue<br>Suite 1100<br>Cleveland OH 44113 | | Thomas.Baker@TuckerEllis.com<br>Mark.McCarthy@TuckerEllis.com | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Fax and Email |
| Counsel for Hanesbrands Inc. | Waldrep LLP | Attn: Jennifer B. Lyday<br>101 S. Stratford Rd., Suite 210<br>Winston-Salem NC 27104 | | jlyday@waldrepllp.com | Email |
| Counsel to BullsEye Telecom | Warner Norcross & Judd LLP | Attn: Stephen B. Grow<br>900 Fifth Third Center<br>111 Lyon Street N.W.<br>Grand Rapids MI 49503 | | sgrow@wnj.com | Email |
| Counsel to Rowe Fine Furniture, Inc. | Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis, L. Katherine Good<br>The Renaissance Center<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | | csamis@wtplaw.com<br>kgood@wtplaw.com | Email |
| Counsel to Rowe Fine Furniture, Inc. | Whiteford, Taylor & Preston LLC | Attn: Michael E. Hastings, Brandy M. Rapp<br>10 S. Jefferson Street<br>Suite 1110<br>Roanoke VA 24011 | | mhastings@wtplaw.com<br>brapp@wtplaw.com | Email |
| Counsel to Parkview Plaza Associates, LLC | WHITMER & EHRMAN LLC | Attn: Robert M. Stefancin<br>2344 Canal Road<br>Suite 401<br>Cleveland OH 44113-2535 | | rms@WEadvocate.net | Email |
| Counsel to BT (Multi) LLC, BT-York (PA), and BT (PA) QRS 12-25, Inc. | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick<br>787 Seventh Avenue<br>New York NY 10019 | 212-728-8111 | alipkin@willkie.com<br>gbrunswick@willkie.com | Fax and Email |
| Counsel to C.R. Center, L.P. | Wix, Wenger & Weidner | Attn: Stephen J. Dzuranin<br>508 North Second Street<br>P.O. Box 845<br>Harrisburg PA 17108-0845 | 717-234-4224 | sdzuranin@wwwpalaw.com | Fax and Email |
| Counsel to Crystal Financial LLC,<br>as Tranche A-1 Documentation Agent | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Esq.<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington DE 19801 | | matthew.ward@wbd-us.com | Email |
| Co-Counsel to Debtor | Young Conaway Stargatt & Taylor LLP | Attn: Pauline K. Morgan<br>1000 West St.<br>17th Floor<br>Wilmington DE 19899 | | pmorgan@ycst.com | Email |
| Co-Counsel to Debtor | Young Conaway Stargatt & Taylor LLP | Attn: Sean T. Greecher, Andrew L. Magaziner, Elizabeth S. Justison<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | | sgreecher@ycst.com<br>amagaziner@ycst.com<br>ejustison@ycst.com<br>Dlaskin@ycst.com<br>msmith@ycst.com | Email |

**Exhibit B**

Exhibit B
Notice Parties Service List
Served as set forth below

| COMPANY | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| AUSTRIA SHRUM LLC | Attn Matthew P Austria | 1201 N Orange St | Suite 502 | Wilmington | DE | 19801 | 302-543-6386 | maustria@austriashrum.com | Fax and Email |
| BENESCH FRIEDLANDER COPLAN | Attn J R Hoover & W M Alleman Jr | 222 Delaware Ave | Suite 801 | Wilmington | DE | 19801 | 302-442-7012 | jhoover@beneschlaw.com; walleman@beneschlaw.com | Fax and Email |
| CARNEY & APPLEBY PLC | Attn JAMES W CARNEY | 303 Locust Street | Suite 400 | Des Moines | IA | 50309-1770 | 515-282-4700 | carney@carneyappleby.com | Fax and Email |
| Clark Hill PLC | C J Giaimo Esq & J N Rothleder Esq | 1001 Pennsylvania Ave NW | Suite 1300 South | Washington | DC | 20004 | 202-772-0919 | cgiaimo@clarkhill.com; jrothleder@clarkhill.com | Fax and Email |
| Clark Hill PLC | Attn David M Blau Esq | 151 S Old Woodward Ave | Ste 200 | Birmingham | MI | 48009 | 248-988-2336 | dblau@clarkhill.com | Fax and Email |
| Clark Hill PLC | Attn Karen M Grivner Esq | 824 N Market Street | Suite 710 | Wilmington | DE | 19801 | 302-421-9439 | kgrivner@clarkhill.com | Fax and Email |
| Ghantous Law Offices LTD | Attn Leo Ghantous | 3100 North Dries Lane | Suite 201 | Peoria | IL | 61604 | 309-672-1449 | Leo@309lawyers.com | Fax and Email |
| GODFREY & KAHN SC | Brady C Williamson & Erin A West | One East Main Street Suite 500 | PO Box 2719 | Madison | WI | 53701-2719 | 608-257-0609 | bwilliam@gklaw.com; ewest@gklaw.com | Fax and Email |
| Law Offices of Eric James Homa | Attn Eric James Homa | 409 West Main St | PO Box 5063 | Peoria | IL | 61606-5063 | 217-720-2856 | ejhomaesq1@yahoo.com | Fax, Overnight Mail and Email |
| LOCKE LORD LLP | Attn Jonathan W Young | 111 Huntington Ave | 9th Floor | Boston | MA | 02199-7613 | | jonathan.young@lockelord.com | Overnight Mail and Email |
| LOCKE LORD LLP | Attn Stephen J Humeniuk | 600 Congress Ave | Ste 2200 | Austin | TX | 78701 | | stephen.humeniuk@lockelord.com | Overnight Mail and Email |
| OKELLY ERNST & JOYCE LLC | Michael J Joyce & Daniel P Murray | 901 N Market St | Suite 1000 | Wilmington | DE | 19801 | | mjoyce@oelegal.com; dmurray@oelegal.com | Overnight Mail and Email |
| POLSINELLI PC | Christopher A Ward & J K Edelson | 222 Delaware Ave | Suite 1101 | Wilmington | DE | 19801 | 302-252-0921 | cward@polsinelli.com; jedelson@polsinelli.com | Fax and Email |
| Sabrina Mounts | | 214 6th Avenue | | Huntington | WV | 25701 | | | Overnight Mail |
| STREUSAND LANDON OZBURN LEMMON LLP | Attn Sabrina L Streusand | 811 Barton Springs Rd | Suite 811 | Austin | TX | 78704 | 512-236-9904 | streusand@slollp.com | Fax and Email |
| Viola Cummings & Lindsay LLP | Attn Matthew T Mosher Esq | 770 Main Street | | Niagara Falls | NY | 14301 | | mmosher@violacummingslindsay.com | Overnight Mail and Email |
| Vivian A Houghton Esq | | 800 N West St | 1st Floor | Wilmington | DE | 19801 | | | Overnight Mail |