IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE BON-TON STORES, INC., *et al.*,[1] | Case No. 18-10248 (MFW) |
| Debtor. | Jointly Administered |

### NOTICE OF DESIGNATION OF ASSET PURCHASER

**PLEASE TAKE NOTICE** that pursuant to the *Order Approving Debtors' Entry Into Agency Agreement and Consummation of the Transactions Contemplated Thereby* (the "Approval Order") [D.I. 632],[2] the Bon-Ton Purchaser hereby designates STORAGE OF AMERICA LLC (the "Designee") as the assignee of the real property described in Exhibit A (the "Designated Assets") to the agreement between Debtor McRIL, LLC, and Designee, which is annexed hereto as Exhibit 1 (as may be amended, modified or supplemented, including but not limited to the First Amendment thereto, the "Purchase Agreement").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Approval Order, upon the closing of the transaction pursuant to the Purchase Agreement, the Designated Assets shall be deemed conveyed to Designee by the Debtors free and clear of all liens, claims, encumbrances, and other interests of any kind.

**PLEASE TAKE FURTHER NOTICE** that the transaction shall be automatically effective without further notice or order of this Court on the later of (a) the date of this Notice

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Bon-Ton Stores, Inc. (5229); The Bon-Ton Department Stores, Inc. (9309); The Bon-Ton Giftco, LLC (2805); Carson Pirie Scott II, Inc. (2140); Bon-Ton Distribution, LLC (5855); McRIL, LLC (5548); Bonstores Holdings One, LLC (8574); Bonstores Realty One, LLC (8931); Bonstores Holdings Two, LLC (8775); and Bonstores Realty Two, LLC (9075). The mailing address for the above-captioned Debtors is P.O. Box 20159, York, Pennsylvania 17402.

[2] Capitalized terms used but not defined in this Notice have the meanings given thereto in the Approval Order.

and (b) the date on which the closing conditions in the Purchase Agreement, if any, have been satisfied.

**PLEASE TAKE FURTHER NOTICE** that questions regarding this Notice and the Purchase Agreement, as applicable, shall be directed to (i) general counsel to Tiger Capital Group, LLC, c/o Tiger Capital Group, LLC, 350 North LaSalle Street, 11th Floor, Chicago, Illinois 60654 (Attn: Mark P. Naughton; mnaughton@tigergroup.com) and (ii) counsel to the Bon-Ton Purchaser, (a) Barley Snyder, 126 East King Street, Lancaster, Pennsylvania 17602 (Attn: Reilly S. Noetzel; RNoetzel@barley.com and Abby Tucker; atucker@barley.com) and (b) Jones Day, 250 Vesey Street, New York, New York 10281-1047 (Attn: Genna L. Ghaul; gghaul@jonesday.com and Furqaan M. Siddiqui; fsiddiqui@jonesday.com).

Dated: December 13, 2018

COLE SCHOTZ P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: npernick@coleschotz.com
kstickles@coleschotz.com

JONES DAY
Sidney P. Levinson
Genna L. Ghaul
Furqaan M. Siddiqui
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: slevinson@jonesday.com
gghaul@jonesday.com
fsiddiqui@jonesday.com

*Counsel for the Bon-Ton Purchaser*