**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE BON-TON STORES, INC., *et al.*,[1] | Case No. 18-10248 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 19, 2018 AT 10:30 A.M. (ET)**

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT\*\***

**RESOLVED/ADJOURNED/WITHDRAWN MATTERS**

1. Motion of Ronada Vargas for Relief From Stay Under Section 362 of the Bankruptcy Code [D.I. 404, 3/27/18]

    Response/Objection Deadline:   April 13, 2018 at 4:00 p.m. (ET)

    Responses/Objections Received:   None.

    Related Documents:   None.

    Status:   By agreement of the parties, this matter is adjourned until January 22, 2019 at 10:30 a.m. (ET).

2. Motion to Amend Claim as Complaint to Determine Dischargeability, filed by The Wine Experience at Jordan Creek, L.C. [D.I. 862, 6/19/18]

    Response/Objection Deadline:   At the hearing

    Responses/Objections Received:   None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  The Bon-Ton Stores, Inc. (5229); The Bon-Ton Department Stores, Inc. (9309); The Bon-Ton Giftco, LLC (2805); Carson Pirie Scott II, Inc. (2140); Bon-Ton Distribution, LLC (5855); McRIL, LLC (5548); Bonstores Holdings One, LLC (8574); Bonstores Realty One, LLC (8931); Bonstores Holdings Two, LLC (8775); and Bonstores Realty Two, LLC (9075).  The headquarters for the above-captioned Debtors is 2801 East Market Street, Bldg. E, York, Pennsylvania 17402.

01:23959188.1

Related Documents:

    A.    Notice of Motion [D. I. 994, 8/8/18]

Status:    By agreement of the parties, this matter is adjourned until January 22, 2019 at 10:30 a.m. (ET).

3. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement By and Among (I) the Debtors, (II) C & J Clark Retail Inc US, C. & J. Clark America, Inc. US, and Clarks Americas, Inc US, and (III) GA Retail, Inc., Tiger Capital Group, LLC and Wilmington Saving Fund Society, FSB [D.I. 1230, 11/8/18]

    Response/Objection Deadline:    November 26, 2018 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

Related Documents:

    A.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement By and Among (I) the Debtors, (II) C & J Clark Retail Inc US, C. & J. Clark America, Inc. US, and Clarks Americas, Inc US, and (III) GA Retail, Inc., Tiger Capital Group, LLC and Wilmington Saving Fund Society, FSB [D.I. 1240, 11/28/18]

Status:    An order has been entered.

4. Mikden of Stillwater, LLC's Motion for Allowance of an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(A) and to Compel Immediate Payment of Administrative Expense Claim [D.I. 1231, 11/13/18]

    Response/Objection Deadline:    November 30, 2018 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

Related Documents:

    A.    Notice of Withdrawal [D.I. 1244, 12/5/18]

Status:    This matter has been withdrawn.

01:23959188.1

Dated: December 17, 2018
      Wilmington, Delaware

*/s/ Andrew L. Magaziner*
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Kelley A. Cornish
Elizabeth R. McColm
Alexander Woolverton
Michael J. Colarossi
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Co-Counsel to the Debtors and Debtors in Possession*