UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: The Bon-Ton Stores, Inc., et.al.  
Debtors

Case No. 18-10248 (MFW)  
Reporting Period: November 2018

## Monthly Operating Report
### For the Period November 4, 2018 through December 1, 2018

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
| Schedule of Professional Fees Paid | MOR-1b | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4a | | X |
| Summary of Unpaid Postpetition Debts | MOR-4b | | X |
| Trade Accounts Receivable Aging and Reconciliation | MOR-5a | | X |
| Debtor Questionnaire | MOR-5b | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                       Date

_____          _____
Signature of Joint Debtor                                Date

*Michael D. Culhane* (signature)                    12/27/2018
Signature of Authorized Individual*               Date

Michael G. Culhane                                          EVP - CFO
Printed Name of Authorized Individual         Title of Authorized Individual

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: The Bon-Ton Stores, Inc., et.al. | Case No. 18-10248 (MFW) |
| Debtors | Reporting Period: November 2018 |

## General Notes

*Debtor-In-Possession Financial Statements*

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. On April 18, 2018, as approved and authorized by the Bankruptcy Court, the Debtors entered into an agency agreement with a joint venture group comprised of GA Retail, Inc. and Tiger Capital Group, LLC ("Agent"), and Wilmington Savings Fund Society, FSB, as the indenture agent and collateral trustee for the Debtors' 8% Second Lien Secured Senior Notes due 2021 (collectively with Agent, "Purchaser").  The agency agreement appoints Agent to act as the Debtors' exclusive agent for the purposes of selling the Debtors' inventory and other assets, the proceeds of which are the exclusive property of the Purchaser.  Consideration received by the Debtors includes, among other things, the payoff of the Debtors' Senior Secured Super-Priority Debtor-In-Possession Loan and Security Agreement by the Agent, $125 million of Note Claims are deemed offset and exchanged for Purchaser's rights and the Debtors' obligations under the agency agreement, and Wind-Down Funding provided by the Agent.

Financial Accounting Standards Board Accounting Standards Codification ("ASC") 205-30, (Liquidation Basis of Accounting) ("ASC 205-30"), defines liquidation as the process by which an entity converts its assets to cash and settles its obligations in anticipation of ceasing all activities.  ASC 205-30 requires an entity measure assets to reflect the estimated amount of consideration it expects to collect, and to measure liabilities in accordance with other ASC Topics. As a result of the agency agreement described above, the financial statements have been prepared in accordance with ASC 205-30. The unaudited financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material. All amounts are in U.S. dollars.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and cash flows of the Debtors in the future.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.

*Liabilities Subject to Compromise*

As a result of the chapter 11 filings, the payment of prepetition indebtedness is subject to compromise or other treatment under a plan of reorganization or liquidation. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. U.S. GAAP requires prepetition liabilities that are subject to compromise to be reported at the amounts expected to be allowed as claims, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events. The values reflect payments made on account of First Day Orders but do not reflect any liabilities potentially assumed by the Purchaser.

*Reorganization Items*

U.S. GAAP requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items. Reorganization items includes expenses related to legal advisory and representation services, other professional consulting and advisory services, expenses associated with the rejection of unexpired leases and changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed as claims.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **In re: The Bon-Ton Stores, Inc., et.al.** | | | | | | | | | | **Case No. 18-10248 (MFW)** |
| **Debtors** | | | | | | | | | | **Reporting Period: November 2018** |

## MOR - 1
### Statement of Cash Flows (1) (2)
### For the Period November 4, 2018 through December 1, 2018
### (Unaudited)

*In Thousands $USD*

| | Case # | 18-10248 | 18-10249 | 18-10251 | 18-10253 | 18-10252 | 18-10250 | 18-10247 | 18-10254 | 18-10255 | 18-10256 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Debtors | The Bon-Ton Stores, Inc. | The Bon-Ton Department Stores, Inc. | Carson Pirie Scott II, Inc. | McRIL, LLC | Bon-Ton Distribution, LLC | The Bon-Ton Giftco, LLC | Bonstores Holdings One, LLC | Bonstores Realty One, LLC | Bonstores Holdings Two, LLC | Bonstores Realty Two, LLC | Total |
| **Receipts** | | | | | | | | | | | | |
| Total Operating Receipts (3) | | - | - | - | - | - | - | - | - | - | - | - |
| **Disbursements (6)** | | | | | | | | | | | | |
| Merchandise | | - | - | - | - | - | - | - | - | - | - | - |
| Expenses | | - | 1,901 | 215 | 306 | 1 | - | - | - | - | - | 2,423 |
| Payroll | | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Disbursements | | - | 1,901 | 215 | 306 | 1 | - | - | - | - | - | 2,423 |
| Professional Fees & Expenses | | - | 62 | - | - | - | - | - | - | - | - | 62 |
| U.S. Trustee Quarterly Fees | | - | - | - | - | - | - | - | - | - | - | - |
| Total Disbursements | | - | 1,962 | 215 | 306 | 1 | - | - | - | - | - | 2,484 |
| **Net Cash Flow (4)** | | - | (1,962) | (215) | (306) | (1) | - | - | - | - | - | (2,484) |
| **Disbursements for Calculating U.S. Trustee Quarterly Fees (5)** | | - | 1,962 | 215 | 306 | 1 | - | - | - | - | - | 2,484 |

Notes:

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

(2) This statement reflects unrestricted cash and represents the book balances of the company. Furthermore, due to the consolidated cash management reporting system, certain cash payments may be paid out of a legal entity that is different than the legal entity where the expenses were incurred. Also, certain cash receipts may be received in a different legal entity that is different than the legal entity where the accounts receivable is recorded.

(3) Receipts are the exclusive property of the Purchaser in accordance with the Agency Agreement.

(4) Net Cash Flow excludes transfers in from Debtors and transfers out to Debtors.

(5) Disbursements for calculating U.S. trustee quarterly fees includes total operating disbursements and professional fees & expenses.

(6) Disbursements exclude expenses that the Agent is responsible for payment in accordance with the Agency Agreement.

**In re: The Bon-Ton Stores, Inc., et.al.**
**Debtors**                                                                                      **Case No.  18-10248 (MFW)**
                                                                                                 **Reporting Period: November 2018**

**MOR - 1a**
**Debtor Statement with Respect to Bank Account Reconciliations, Bank Statements and Cash Disbursements Journal**
**December 1, 2018**
**(Unaudited)**

**Bank Account Reconciliation & Cash Disbursements Journals**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The Debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

The Debtors affirm that no accounts were opened or closed during the current reporting period.

| Debtor Entity | Bank Name | Account Type | Account Number (Last 4 digits only) | 12/1/2018 Bank Balance (USD) |
|---|---|---|---|---|
| The Bon Ton Dept Stores, Inc. | Wells Fargo Bank, N.A. | Accounts Payable Check - Lawson | ****0702 | $           - |
| The Bon Ton Dept Stores, Inc. | Wells Fargo Bank, N.A. | Payroll Account | ****0694 | $           - |
| The Bon Ton Dept Stores, Inc. | Wells Fargo Bank, N.A. | Concentration Account | ****6130 | $  2,275,006.00 |
| The Bon Ton Dept Stores, Inc. | Wells Fargo Bank, N.A. | Utility Cash Deposit | ****0024 | $  1,388,181.93 |
| The Bon Ton Dept Stores, Inc. | Wells Fargo Bank, N.A. | General Estate Fund | ****9722 | $           - |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | **Total Bank Account Cash** | | **$  3,663,187.93** |

**In re: The Bon-Ton Stores, Inc., et.al.**                                                  **Case No. 18-10248 (MFW)**
**Debtors**                                                                    **Reporting Period: November 2018**

## MOR - 1b
### Schedule of Professional Fees and Expenses Paid
### For the Period November 4, 2018 through December 1, 2018
### (Unaudited)

| Payee | Role In Case | Period Covered | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP | Attorneys at Law | Sep-18 | Wire | 11/27/2018 | $ 61,739.63 | $ - | $ 1,616,495.45 | $ 7,837.21 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  | Total | $ 61,739.63 | $ - | $ 1,616,495.45 | $ 7,837.21 |

| In re: The Bon-Ton Stores, Inc., et.al. | | Case No. 18-10248 (MFW) |
|---|---|---|
| Debtors | | Reporting Period: November 2018 |

**MOR - 2**
**Statement of Operations (1) (2)**
**For the Period November 4, 2018 through December 1, 2018**
**(Unaudited)**

*In Thousands $USD*

| | Case # Debtors | 18-10248 The Bon-Ton Stores, Inc. | 18-10249 The Bon-Ton Department Stores, Inc. | 18-10251 Carson Pirie Scott II, Inc. | 18-10253 McRIL, LLC | 18-10252 Bon-Ton Distribution, LLC | 18-10250 The Bon-Ton Giftco, LLC | 18-10247 Bonstores Holdings One, LLC | 18-10254 Bonstores Realty One, LLC | 18-10255 Bonstores Holdings Two, LLC | 18-10256 Bonstores Realty Two, LLC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales | | - | - | - | - | - | - | - | - | - | - | - |
| Total Other Income | | - | - | - | - | - | - | - | - | - | - | - |
| Cost of Goods Sold | | - | - | - | - | - | - | - | - | - | - | - |
| Gross Margin | | - | - | - | - | - | - | - | - | - | - | - |
| Total SG&A | | - | (5,683) | 109 | 252 | (7) | - | - | - | - | - | (5,329) |
| Loss on Liquidation | | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | | - | - | - | - | - | - | - | - | - | - | - |
| Amortz. of Lease-Related Interests | | - | - | - | - | - | - | - | - | - | - | - |
| Income (Loss) From Operations | | - | 5,683 | (109) | (252) | 7 | - | - | - | - | - | 5,329 |
| Reorganization Costs | | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense | | - | - | - | - | - | - | - | - | - | - | - |
| Income (Loss) Before Income Taxes | | - | 5,683 | (109) | (252) | 7 | - | - | - | - | - | 5,329 |
| Income Tax | | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income (Loss)** | | **-** | **5,683** | **(109)** | **(252)** | **7** | **-** | **-** | **-** | **-** | **-** | **5,329** |

Notes:

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

(2) These statements do not include certain GAAP adjustments and reclassifications.

In re: The Bon-Ton Stores, Inc., et.al.  
Debtors

Case No. 18-10248 (MFW)  
Reporting Period: November 2018

**MOR - 3**  
**Balance Sheet (1) (2)**  
**December 1, 2018**  
**(Unaudited)**

*In Thousands $USD*

| Case # | Debtors | 18-10248 The Bon-Ton Stores, Inc. | 18-10249 The Bon-Ton Department Stores, Inc. | 18-10251 Carson Pirie Scott II, Inc. | 18-10253 McRIL, LLC | 18-10252 Bon-Ton Distribution, LLC | 18-10250 The Bon-Ton Giftco, LLC | 18-10247 Bonstores Holdings One, LLC | 18-10254 Bonstores Realty One, LLC | 18-10255 Bonstores Holdings Two, LLC | 18-10256 Bonstores Realty Two, LLC | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | |
| Cash | | - | 3,663 | - | - | - | - | - | - | - | - | - | 3,663 |
| Inventory | | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses & Other Current Assets | | - | 12,171 | - | - | 10 | - | - | - | - | - | - | 12,181 |
| Total Current Assets | | - | 15,834 | - | - | 10 | - | - | - | - | - | - | 15,844 |
| Fixed Assets, Net | | - | - | - | - | - | - | - | - | - | - | - | - |
| Intangibles, Net | | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in Subs | | (588,727) | 672,365 | 154,771 | - | - | - | 29,871 | - | (47,447) | - | (220,833) | - |
| Other Long-Term Assets | | - | 4,117 | 10 | 5 | - | - | - | - | - | - | - | 4,132 |
| Due To/From Other Bon Ton Entities | | 6,255 | (778,761) | 562,694 | 188,371 | 2,109 | 36,908 | - | 29,871 | - | (47,447) | - | - |
| **Total Assets** | | **(582,472)** | **(86,445)** | **717,475** | **188,376** | **2,119** | **36,908** | **29,871** | **29,871** | **(47,447)** | **(47,447)** | **(220,833)** | **19,976** |
| **Liabilities & Shareholders Deficit** | | | | | | | | | | | | | |
| **Liabilities Not Subject to Compromise (Post)** | | | | | | | | | | | | | |
| Accounts Payable | | - | 5,332 | - | - | - | - | - | - | - | - | - | 5,332 |
| Unmatched Receipts | | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Payroll & Benefits | | - | 520 | - | - | - | - | - | - | - | - | - | 520 |
| Accrued Expenses | | - | 63,791 | 41,249 | 36,859 | (775) | - | - | - | - | - | - | 141,124 |
| DIP Revolving Credit Facility | | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Portion of Capital Leases | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Liabilities Not Subject to Compromise | | - | 69,643 | 41,249 | 36,859 | (775) | - | - | - | - | - | - | 146,976 |
| Capital Leases | | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Long-Term Liabilities | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | | **-** | **69,643** | **41,249** | **36,859** | **(775)** | **-** | **-** | **-** | **-** | **-** | **-** | **146,976** |
| **Liabilities Subject to Compromise (Pre) (3)** | | **-** | **423,205** | **43** | **-** | **-** | **23,394** | **-** | **-** | **-** | **-** | **-** | **446,642** |
| **Shareholders' Deficit** | | | | | | | | | | | | | |
| Common Stock | | 180 | 180 | 15 | - | 0 | 0 | - | - | - | - | (196) | 180 |
| Class A Common Stock | | 30 | 30 | - | - | - | - | - | - | - | - | (30) | 30 |
| Treasury Stock | | (1,387) | (1,387) | - | - | - | - | - | - | - | - | 1,387 | (1,387) |
| Paid In Capital | | 167,188 | 356,767 | 470,123 | 252,456 | 25,430 | 3,001 | 41,752 | 41,752 | 17,947 | 17,947 | (1,227,174) | 167,188 |
| Comprehensive Loss | | (67,763) | (67,763) | - | - | - | - | - | - | - | - | 67,763 | (67,763) |
| Accumulated Deficit | | (680,721) | (867,120) | 206,045 | (100,939) | (22,536) | 10,513 | (11,881) | (11,881) | (65,394) | (65,394) | 937,417 | (671,890) |
| **Total Shareholders' Deficit** | | **(582,472)** | **(579,293)** | **676,183** | **151,517** | **2,894** | **13,514** | **29,871** | **29,871** | **(47,447)** | **(47,447)** | **(220,833)** | **(573,642)** |
| **Total Liabilities & Shareholders' Deficit** | | **(582,472)** | **(86,445)** | **717,475** | **188,376** | **2,119** | **36,908** | **29,871** | **29,871** | **(47,447)** | **(47,447)** | **(220,833)** | **19,976** |

Notes:  
(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.  
(2) These statements do not include certain GAAP adjustments and reclassifications.  
(3) Liabilities Subject to Compromise (Pre) is comprised of pre-petition accounts payable, senior note debt and senior note interest.

| | |
|---|---|
| In re: The Bon-Ton Stores, Inc., et.al. | Case No. 18-10248 (MFW) |
| Debtors | Reporting Period: November 2018 |

## MOR - 4a and 4b

### Declaration Regarding (I) the Status of Post-Petition Taxes of the Debtors and (II) The Debtors' Post-Petition Accounts Payable
### For the Period November 4, 2018 through December 1, 2018

Michael Culhane hereby declares and states:

I am the Executive Vice President - Chief Financial Officer of The Bon-Ton Stores, Inc., a corporation organized under the laws of the state of Delaware and one of the Debtors and Debtors-in-possession in the above-captioned chapter 11 cases. In this capacity, I am familiar with the day-to-day operations, businesses, financial affairs and books and records.

Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the operations and finances of The Bon-Ton Stores, Inc., information learned from my review of relevant documents and information I have received from other members of management or the Debtors' advisors. I am authorized to submit this declaration on behalf of The Bon-Ton Stores, Inc. and, if I were called upon to testify, I could and would testify to the facts set forth herein. I submit this declaration under penalty of perjury pursuant to 28 U.S.C. Section 1746.

To the best of my knowledge, the Debtors have filed all necessary, federal, state, and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

To the best of my knowledge, the Debtors are currently paying undisputed post-petition invoices in the normal course.

Dated: December 27, 2018                                       Respectfully submitted,

*[signature: Michael Culhane]*

Michael Culhane
Executive Vice President - Chief Financial Officer

**In re: The Bon-Ton Stores, Inc., et.al.**  **Case No.  18-10248 (MFW)**
**Debtors**  **Reporting Period: November 2018**

## MOR - 5a
### Explanation Regarding Trade Accounts Receivable and Reconciliaiton
### December 1, 2018

The Debtors do not have trade accounts receivable as their Private Label credit card receipts (which are sold to and processed by a third party) are paid to The Bon-Ton Department Stores, Inc. within five days of the sales transaction.

**In re: The Bon-Ton Stores, Inc., et.al.**  
**Debtors**

Case No. 18-10248 (MFW)  
Reporting Period: November 2018

## MOR - 5b
## Debtor Questionnaire
## December 31, 2018

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

Page 1 of 1