**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE BON-TON STORES, INC., *et al.*,[1] | Case No. 18-10248 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 31, 2019 AT 10:30 A.M. (ET)**

**THIS HEARING WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801 BEGINNING AT 10:30 A.M. (ET). ANY PARTY WHO WISHES TO APPEAR TELEPHONICALLY AT THE HEARING MUST CONTACT COURTCALL, LLC AT 866-582-6878 PRIOR TO THE START OF THE HEARING TO REGISTER HIS/HER TELEPHONIC APPEARANCE IN ACCORDANCE WITH THE *INSTRUCTIONS FOR TELEPHONIC APPEARANCES EFFECTIVE JANUARY 5, 2005, REVISED MAY 11, 2018*.[2]**

**RESOLVED MATTERS**

1. Motion of Ronada Vargas for Relief From Stay Under Section 362 of the Bankruptcy Code [D.I. 404, 3/27/18]

    Response/Objection Deadline:      April 13, 2018 at 4:00 p.m. (ET)

    Responses/Objections Received:   None.

    Related Documents:

    A.   Notice of Withdrawal [D.I. 1406, 1/28/19]

    Status:   This matter has been withdrawn.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Bon-Ton Stores, Inc. (5229); The Bon-Ton Department Stores, Inc. (9309); The Bon-Ton Giftco, LLC (2805); Carson Pirie Scott II, Inc. (2140); Bon-Ton Distribution, LLC (5855); McRIL, LLC (5548); Bonstores Holdings One, LLC (8574); Bonstores Realty One, LLC (8931); Bonstores Holdings Two, LLC (8775); and Bonstores Realty Two, LLC (9075). The mailing address for the above-captioned Debtors is P.O. Box 20159, York, Pennsylvania 17402.

[2] The *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018* are attached hereto as **Exhibit C**.

01:24103523.1

2.     Motion to Amend Claim as Complaint to Determine Dischargeability, filed by The Wine Experience at Jordan Creek, L.C. [D.I. 862, 6/19/18]

    Response/Objection Deadline:    At the hearing.

    Responses/Objections Received:    None.

    Related Documents:

    A.    Notice of Motion [D. I. 994, 8/8/18]

    B.    Agreed Notice of Withdrawal [D.I. 1408, 1/29/19]

    Status:    This matter has been withdrawn.

3.     Joint Motion of the Debtors and Bon-Ton Purchaser for Entry of an Order Authorizing Severance and Rejection of an Executory Contract [D.I. 1279, 1/10/19]

    Response/Objection Deadline:    January 24, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:

    A.    Order Authorizing Severance and Rejection of an Executory Contract [D.I. 1405, 1/28/19]

    Status:    An order has been entered.

**CONTESTED MATTER GOING FORWARD**

4.     Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Establishing Procedures With Respect to Final Fee Applications; (III) Directing the Debtor Entities to be Dissolved; and (IV) Granting Related Relief [D.I. 1280, 1/10/19]

    Response/Objection Deadline:    January 24, 2019 at 4:00 p.m. (ET)
                                    [Extended until 1/25/19 for the Purchaser]

    Responses/Objections Received:

    A.    Objection of Commonwealth Edison Company [D.I. 1306, 1/23/19]

    B.    Comenity Bank's Limited Objection and Reservation of Rights [D.I. 1343, 1/24/19]

    C.    Limited Objection of Wisconsin Mall Properties, LLC [D.I. 1344, 1/24/19]

    D.    Limited Objection of Pension Benefit Guaranty Corporation [D.I. 1346, 1/24/19]

    E.    Reservation of Rights of WEC 98C-LLC [D.I. 1349, 1/24/19]

    F.    (I) Objection by Rolex Hosiery Private Limited; and (II) Cross-Motion for Allowance of Administrative Expense Pursuant to § 503(b)(9) of the Bankruptcy Code and Directing Payment [D.I. 1352, 1/24/19]

    G.    Response of the Purchaser [D.I. 1368, 1/25/19]

    H.    Objection by Nina Footwear Corp. [D.I. 1407, 1/29/19]

    I.    Pro Se Objections [See **Exhibit A** attached hereto]

Related Documents:    None.

Status:    The Debtors have been advised by opposing counsel that Item F will be withdrawn. With respect to Items A, B, C, D, E and G, the Debtors are working with the parties to resolve the subject responses prior to the hearing, as applicable. The Debtors will similarly work to resolve Item H, which was filed 5 days after the objection deadline without receiving an extension from the Debtors. With respect to pro se parties referenced as Item I above, each of whom filed a response seeking reimbursement on account of previously-purchased gift cards or allegedly holds a general unsecured claim against the Debtors, the Debtors are unable make payments on account thereof given the terms of the Sale Order and the priorities of the Bankruptcy Code. Objectors wishing nonetheless to be heard by the Bankruptcy Court in addition to their written objections are encouraged to make a telephonic appearance at the hearing. This matter is going forward.

## FEE APPLICATIONS

5.    Third Interim Fee Application of the Debtors' Professionals for the Period from August 1, 2018, Through and Including October 31, 2018 [D.I. 1254, 12/14/18]

Response Deadline:    January 3, 2019 at 4:00 p.m. (ET) [Extended for the United States Trustee]

Responses Received:    None at this time.

Related Documents:    See **Exhibit B** hereto.

Status:    The Debtors' professionals have determined to adjourn this matter until such time as the Court schedules a final fee hearing.

| | |
|---|---|
| Dated: January 29, 2019<br>Wilmington, Delaware | */s/ Andrew L. Magaziner*<br>Pauline K. Morgan (No. 3650)<br>Sean T. Greecher (No. 4484)<br>Andrew L. Magaziner (No. 5426)<br>Elizabeth S. Justison (No. 5911)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>Kelley A. Cornish<br>Elizabeth R. McColm<br>Alexander Woolverton<br>Michael J. Colarossi<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

# EXHIBIT A

### Pro Se Objections

| Tab | Date | Docket No. | Name | Tab | Date | Docket No. | Name |
|---|---|---|---|---|---|---|---|
| 1 | 1/18/2019 | 1288 | Nancy R. Villecco | 36 | 1/23/2019 | 1332 | Zenaida Tagamolila |
| 2 | 1/22/2019 | 1296 | Don Kierman | 37 | 1/24/2019 | 1333 | DeAnn Harvey-Lowden |
| 3 | 1/22/2019 | 1297 | Cathy M Schlack | | | | |
| 4 | 1/22/2019 | 1298 | Sarah Jane Servinski | 38 | 1/24/2019 | 1334 | Margaret Szajowska |
| 5 | 1/22/2019 | 1299 | Maggie J. White | | | | |
| 6 | 1/22/2019 | 1300 | Andrea Bodenschatz | 39 | 1/24/2019 | 1335 | Michigan Generator |
| 7 | 1/22/2019 | 1301 | Barbara Wiseman | 40 | 1/24/2019 | 1336 | Alanna Brookshaw |
| 8 | 1/22/2019 | 1302 | Christine Wheelen | 41 | 1/24/2019 | 1337 | Jean Agathen |
| 9 | 1/22/2019 | 1303 | Tom Klotz | 42 | 1/24/2019 | 1338 | Jane Kieltyka |
| 10 | 1/22/2019 | 1304 | Sharon Fisher | 43 | 1/24/2019 | 1340 | Joanne Shaffer |
| 11 | 1/22/2019 | 1305 | Dorothy Zurkowski | 44 | 1/24/2019 | 1341 | Christina I. Parrales |
| 12 | 1/23/2019 | 1307 | Marie Kreinbrink | 45 | 1/24/2019 | 1342 | Rachelle Mayse |
| 13 | 1/23/2019 | 1308 | Mary Donth | 46 | 1/25/2019 | 1353 | Jacquelynn McKay |
| 14 | 1/23/2019 | 1309 | Virginia Ricks | 47 | 1/25/2019 | 1354 | Marlene Benjamin |
| 15 | 1/23/2019 | 1310 | Elizabeth McNees | 48 | 1/25/2019 | 1355 | Janis Annesley |
| 16 | 1/23/2019 | 1311 | Kathleen Wyn | 49 | 1/25/2019 | 1356 | Nancy L. Felber |
| 17 | 1/23/2019 | 1312 | Eddie Kiefer | 50 | 1/25/2019 | 1357 | Marcie Richner |
| 18 | 1/23/2019 | 1313 | Jean Bromley | 51 | 1/25/2019 | 1358 | Denise K. Sabatka |
| 19 | 1/23/2019 | 1314 | Steve Milanovich | 52 | 1/25/2019 | 1359 | Darlene White |
| 20 | 1/23/2019 | 1315 | Anton Smolik | 53 | 1/25/2019 | 1360 | Brenda Webber |
| 21 | 1/23/2019 | 1316 | Lenna McIntyre | 54 | 1/25/2019 | 1361 | Suzana Ristovska |
| 22 | 1/23/2019 | 1317 | Wynette Seider | 55 | 1/25/2019 | 1362 | Bill Battaglia |
| 23 | 1/23/2019 | 1318 | Edward Arnos | 56 | 1/25/2019 | 1363 | Elizabeth Quinn |
| 24 | 1/23/2019 | 1319 | Kristin Berger | 57 | 1/25/2019 | 1364 | Gloria Thompson |
| 25 | 1/23/2019 | 1320 | Donna Petersen | 58 | 1/28/2019 | 1382 | Donis J. Wodajo |
| 26 | 1/23/2019 | 1321 | Vicki Baker | 59 | 1/28/2019 | 1384 | Silvia J. Lagunas |
| 27 | 1/23/2019 | 1322 | LeAnn Zenk | 60 | 1/28/2019 | 1385 | broo Kemp |
| 28 | 1/23/2019 | 1323 | Pamela Engel | 61 | 1/28/2019 | 1386 | Rhodes Robinson |
| 29 | 1/23/2019 | 1324 | Stephen Lewis | 62 | 1/28/2019 | 1388 | Jeannine Ceferin |
| 30 | 1/23/2019 | 1325 | Oriole Nelson | 63 | 1/28/2019 | 1389 | Cherie White |
| 31 | 1/23/2019 | 1326 | Vashonda Flewelen | 64 | 1/28/2019 | 1390 | Diane Johnson |
| 32 | 1/23/2019 | 1327 | Christy Kolb | 65 | 1/28/2019 | 1391 | Cecilia Sherwin |
| 33 | 1/23/2019 | 1328 | Sandra Brookins | 66 | 1/28/2019 | 1392 | Christine Blackford |
| 34 | 1/23/2019 | 1329 | Kristin Bunnell | 67 | 1/28/2019 | 1393 | Sandra Schwartz |
| 35 | 1/23/2019 | 1330 | Barbara Finazzo | 68 | 1/28/2019 | 1394 | Daniela Staniak |

01:24103523.1

| Tab | Date | Docket No. | Name | Tab | Date | Docket No. | Name |
|---|---|---|---|---|---|---|---|
| 69 | 1/28/2019 | 1395 | Leslie Echols | 87 | 1/24/2019 | Informal | Arica Annie-Marie Black |
| 70 | 1/28/2019 | 1396 | Bonnie Riedel | | | | |
| 71 | 1/28/2019 | 1397 | Howard George | 88 | 1/25/2019 | Informal | Christopher J. Naples |
| 72 | 1/28/2019 | 1398 | Bryan Sternberg | | | | |
| 73 | 1/28/2019 | 1399 | Sheryl Armstead | 89 | 1/28/2019 | Informal | Portia Shaw |
| 74 | 1/28/2019 | 1400 | Gregory Johnson | | | | Geraldine Dickinson |
| 75 | 1/28/2019 | 1401 | Bonnie Stanton | 90 | 1/28/2019 | Informal | |
| 76 | 1/28/2019 | 1402 | Darlene Benjamin | 91 | 1/28/2019 | Informal | Karin Uribe |
| 77 | 1/28/2019 | 1403 | Denice K. Welcher | | | | McKlein Company, LLC |
| 78 | 1/18/2019 | Informal | Darlene White | 92 | 1/28/2019 | Informal | |
| 79 | 1/19/2019 | Informal | James Paulson | 93 | 1/28/2019 | Informal | Bonnie Riedel |
| 80 | 1/21/2019 | Informal | Marjorie King | 94 | 1/28/2019 | Informal | Roxanne Daley |
| 81 | 1/23/2019 | Informal | Candice Farberg | | | | Tuyet Hong Thi Nguyen |
| 82 | 1/23/2019 | Informal | Carol Fugett | 95 | 1/28/2019 | Informal | |
| 83 | 1/24/2019 | Informal | Traci Catt | 96 | 1/29/19 | Informal | Morgan Fuller |
| 84 | 1/24/2019 | Informal | Jean Sabatka | | | | |
| 85 | 1/24/2019 | Informal | Modern Decay Studios LLC | | | | |
| 86 | 1/19/2019 | Informal | KOFI Inc. | | | | |

01:24103523.1

## EXHIBIT B

### Index of Third Interim Fee Applications

A. **Paul, Weiss, Rifkind, Wharton & Garrison LLP [D.I. 1254, 12/14/18]**

   1. Sixth Monthly Fee Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the period of August 1, 2018 through September 30, 2018 [D.I. 171, 10/18/18]

   2. Certificate of No Objection [D.I. 1242, 11/30/18]

   3. Seventh Monthly Fee Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the period of October 1, 2018 through October 31, 2018 [D.I. 1253, 12/14/18]

   4. Certificate of No Objection [D.I. 1274, 1/4/18]

   5. Supplement to Third Interim Fee Application [D.I. 1255, 12/14/18]

B. **Young Conaway Stargatt & Taylor, LLP [D.I. 1254, 12/14/18]**

   1. Seventh Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 1, 2018 through August 31, 2018 [D.I. 1092, 12/17/18]

   2. Certificate of No Objection [D.I. 1166, 10/12/18]

   3. Eighth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period September 1, 2018 through September 30, 2018 [D.I. 1214, 10/29/18]

   4. Certificate of No Objection [D.I. 1238, 11/21/18]

   5. Ninth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from October 1, 2018 through October 31, 2018 [D.I. 1246, 12/10/18]

   6. Certificate of No Objection [D.I. 1272, 1/3/19]

   7. Supplement to Third Interim Fee [D.I. 1256, 12/14/18]

01:24103523.1

## **EXHIBIT C**

**Instructions for Telephonic Appearances**
**Effective January 5, 2005, Revised May 11, 2018**

INSTRUCTIONS FOR TELEPHONIC APPEARANCES
EFFECTIVE JANUARY 5, 2005
Revised May 11, 2018

The United States Bankruptcy Court for the District of Delaware has arranged for parties to participate by telephonic appearance in hearings using CourtCall, an independent conference call company.

**Under no circumstances may any participant record or broadcast the proceedings conducted by the Bankruptcy Court.**

I. POLICY GOVERNING TELEPHONIC APPEARANCES

Telephonic appearances are allowed in all matters before Court except the following:

1. Trials and evidentiary hearings - all counsel and all witnesses must appear in person;

2. Chapter 11 status conferences - debtor's counsel must appear in person, other parties in interest may appear telephonically;

3. Chapter 11 confirmation hearings - debtor's counsel, and all objecting parties must appear in person;

4. Counsel filing a motion, application or other pleading, including, without limitation, an objection or response thereto, are expected to appear personally for a scheduled hearing unless excused. If a party filing a responsive pleading intends to make only limited argument, that party may participate by telephonic appearance. Any party not submitting a pleading, but interested in monitoring the court's proceedings, may participate by telephonic appearance in "listen-only" mode.

5. Any matter designated by the court as one requiring a personal appearance.

No telephonic appearance will be allowed unless it is made through CourtCall pursuant to the procedures set forth in section II, unless otherwise directed by Chambers.

In the event of extenuating circumstances, please contact Chambers.

If an individual schedules a telephonic appearance and then fails to respond to the call of a matter on calendar, the court may pass the matter or may treat the failure to respond as a failure to appear. Individuals making use of the conference call service are cautioned that they do so at their own risk.

To ensure the quality of the record, the use of car phones, cellular phones, speaker phones, or phones in other public places is discouraged. Each time you speak, you must identify yourself for the record. Do not place the call on hold at any time. When the Judge informs the participants that the hearing is completed, you may disconnect.

II.     SCHEDULING A TELEPHONIC APPEARANCE

1. Participants should notify CourtCall by phone (866-582-6878) or by facsimile (866-533- 2946) no later than 12:00 p.m. one business days prior to the hearing.
2. Participants must provide the following information:

    a. Case name and number: The Bon-Ton Stores, Inc. [Case No. 18-10248]
    b. Name of Judge: Judge Mary F. Walrath
    c. Hearing date and time: January 31, 2019 at 10:30 a.m. (ET)
    d. Name, address, phone number of participant
    e. Party whom participant represents
    f. Matter on which the participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

3. Participants intending to be heard by the Bankruptcy Court must send written notification to debtor's counsel and/or opposing counsel providing same information as above.

4. Participants will receive fax or email confirmation and instructions for telephonic appearance from CourtCall. It is the participant's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.

5. Any questions about telephonic appearances should be directed to CourtCall at 866-582-6878.

III.     FEES

The fee for the telephonic appearance is fixed by CourtCall.

The fee rate for telephonic appearances is as follows:

| Call Length | Fee |
|---|---|
| 0-45 minutes | $ 30.00 |

$ 7.00 for every 15 minute increment thereafter.

There are no subscription fees and no special equipment is required to use the service.