**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE BON-TON STORES, INC., *et al.*,[1] | Case No. 18-10248 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 20, 2019 AT 10:30 A.M. (ET)**

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Establishing Procedures With Respect to Final Fee Applications; (III) Directing the Debtor Entities to be Dissolved; and (IV) Granting Related Relief [D.I. 1280, 1/10/19]

    Response/Objection Deadline:   January 24, 2019 at 4:00 p.m. (ET)
    [Extended until 1/25/19 for the Purchaser]

    Responses/Objections Received:

    A.  Objection of Commonwealth Edison Company [D.I. 1306, 1/23/19]

        (i)  Notice of Withdrawal [D.I. 1466, 3/11/19]

    Related Documents:

    B.  Initial Order (I) Approving the Dismissal of the Debtors' Chapter 11 Cases; (II) Establishing Procedures for the Allowance and Payment of Professional Fees; (III) Granting Related Relief [D.I. 1436, 2/1/19]

    Status:  Item A has been withdrawn. An order has been entered with respect to the remainder of this matter.

2. Application of Commonwealth Edison Company for Allowance and Payment of Administrative Expenses [D.I. 1285, 1/17/19]

    Response/Objection Deadline:   February 1, 2019 at 4:00 p.m. (ET)
    [Extended until March 8, 2019 for the Debtors and the Purchaser]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Bon-Ton Stores, Inc. (5229); The Bon-Ton Department Stores, Inc. (9309); The Bon-Ton Giftco, LLC (2805); Carson Pirie Scott II, Inc. (2140); Bon-Ton Distribution, LLC (5855); McRIL, LLC (5548); Bonstores Holdings One, LLC (8574); Bonstores Realty One, LLC (8931); Bonstores Holdings Two, LLC (8775); and Bonstores Realty Two, LLC (9075). The mailing address for the above-captioned Debtors is P.O. Box 20159, York, Pennsylvania 17402.

    Responses/Objections Received:    None.

    Related Documents:

        A.    Notice of Application [D.I. 1290, 1/18/19]

        B.    Notice of Withdrawal [D.I. 1465, 3/11/19]

    Status:    This matter has been withdrawn.

## FEE APPLICATIONS

3.    Third Interim and Final Fee Applications

    Response Deadline:    March 13, 2019 at 4:00 p.m. (ET)

    Responses Received:    None.

    Related Documents:    See **Exhibit A** hereto.

        A.    Certification of Counsel Regarding Second Consolidated Monthly and Final Application for Compensation and Reimbursement of Expenses of Luis Salazar, Esq., Consumer Privacy Ombudsman for the Period of May 17, 2018 through November 30, 2018 [D.I. 1468, 3/18/19]

        B.    Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications of Certain of the Debtors' Professionals [D.I. 1471, 3/18/19]

    Status:    Proposed orders have submitted under certification of counsel for Luis Salazar and the applicable Debtors' professionals. The Committee anticipates filing certificates of no objection for its applicable professionals prior to the hearing. No hearing is required unless the Court has questions.

Dated:    March 18, 2019
        Wilmington, Delaware    */s/ Andrew L. Magaziner*
        Pauline K. Morgan (No. 3650)
        Sean T. Greecher (No. 4484)
        Andrew L. Magaziner (No. 5426)
        Elizabeth S. Justison (No. 5911)
        YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        -and-

Kelley A. Cornish
Elizabeth R. McColm
Alexander Woolverton
Michael J. Colarossi
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Co-Counsel to the Debtors and
Debtors in Possession*

3

## EXHIBIT A

### Index of Third Interim and Final Fee Applications

A.  **Paul, Weiss, Rifkind, Wharton & Garrison LLP**

   1. Sixth Monthly Fee Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the period of August 1, 2018 through September 30, 2018 [D.I. 1171, 10/18/18]

   2. Certificate of No Objection [D.I. 1242, 11/30/18]

   3. Seventh Monthly Fee Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the period of October 1, 2018 through October 31, 2018 [D.I. 1253, 12/14/18]

   4. Certificate of No Objection [D.I. 1274, 1/4/18]

   5. Third Interim Fee Application [D.I. 1254, 12/14/18]

   6. Supplement to Third Interim Fee Application [D.I. 1255, 12/14/18]

   7. Eighth Monthly and Final Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from November 1, 2018 through February 15, 2019 and the Final Period from February 4, 2018 through the Dismissal Effective Date [D.I. 1457, 2/21/19]

   8. Supplement to Eighth Monthly and Final Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from November 1, 2018 through February 15, 2019 and the Final Period from February 4, 2018 through the Dismissal Effective Date [D.I. 1470, 3/15/19]

B.  **Young Conaway Stargatt & Taylor, LLP**

   1. Seventh Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 1, 2018 through August 31, 2018 [D.I. 1092, 12/17/18]

   2. Certificate of No Objection [D.I. 1166, 10/12/18]

   3. Eighth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period September 1, 2018 through September 30, 2018 [D.I. 1214, 10/29/18]

4. Certificate of No Objection [D.I. 1238, 11/21/18]

5. Ninth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from October 1, 2018 through October 31, 2018 [D.I. 1246, 12/10/18]

6. Certificate of No Objection [D.I. 1272, 1/3/19]

7. Third Interim Fee Application [D.I. 1254, 12/14/18]

8. Supplement to Third Interim Fee [D.I. 1256, 12/14/18]

9. Tenth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 1, 2018 through November 30, 2018 [D.I. 1273, 11/4/19]

10. Certificate of No Objection [D.I. 1450, 2/19/19]

11. Eleventh Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from December 1, 2018 through December 31, 2018 [D.I. 1421, 1/29/19]

12. Certificate of No Objection [D.I. 1451, 2/19/19]

13. Twelfth Monthly and Final Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Monthly Period from January 1, 2019 through February 15, 2019, and the Final Period from February 4, 2018 through and including the Dismissal Effective Date [D.I. 1454, 2/21/19]

14. Supplement to Twelfth Monthly and Final Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Monthly Period from January 1, 2019 through February 15, 2019, and the Final Period from February 4, 2018 through and including the Dismissal Effective Date [D.I. 1469, 3/15/19]

C. **KPMG LLP**

1. Final Fee Application of KPMG LLP as Auditor to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 4, 2018 through March 31, 2018 [D.I. 1453, 2/21/19]

**D.    Pachulski Stang Ziehl & Jones LLP**

1. Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2018 through May 31, 2018 [D.I. 903, 7/3/18]

2. Certificate of No Objection [D.I. 1143, 10/1/18]

3. Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2018 through June 30, 2018 [D.I. 1051, 9/4/18]

4. Certificate of No Objection [D.I. 1143, 10/1/18]

5. Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2018 through July 31, 2018  [D.I. 1144, 10/1/18]

6. Certificate of No Objection [D.I. 1195, 10/23/18]

7. Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2018 through January 31, 2019 [D.I. 1452, 2/21/19]

8. Final Application for Compensation and Reimbursement of Expenses of Pachulski, Gang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from February 15, 2018 through January 31, 2019 [1456, 2/21/19]

**E.    Zolfo Cooper, LLC**

1. Zolfo Cooper, LLC's Joint (I) Third Interim Application for the Period August 1, 2018 through and including January 31, 2019 and (II) Final Application for the Period February 15, 2018 through January 31, 2019 for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor and Bankruptcy Consultant to the Official Committee of Unsecured Creditors [D.I. 1455, 2/21/19]

**F.    Salazar Law**

1. Consolidated Monthly Fee Application for Compensation and Reimbursement of Expenses of Luis Salazar, Esq., Consumer Privacy Ombudsman for the Period of May 17, 2018 through August 31, 2018 [D.I. 1137, 9/25/18]

2. Certificate of No Objection [D.I. 1205, 10/25/18]

3. Second Consolidated Monthly and Final Application for Compensation and Reimbursement of Expenses of Luis Salazar, Esq., Consumer Privacy Ombudsman for the Period of May 17, 2018 through November 30, 2018 [D.I. 1249, 12/12/18]

4. Certificate of No Objection [D.I. 1369, 1/25/19]